**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:26-cv-00992** |
| | : | |
| **MOTOR TANKER BELLA 1** | : | |
| **BEARING INTERNATIONAL** | : | |
| **MARITIME NUMBER 9230880** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

# NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the foregoing Declaration of Publication, be made part of the record in this case.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: /s/ *Rajbir Datta*
RAJBIR DATTA
N.Y Bar 5206073
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov