**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:26-cv-00992** |
| | : | |
| **MOTOR TANKER BELLA 1 BEARING INTERNATIONAL MARITIME NUMBER 9230880** | : | |
| | : | |
| **Defendant.** | : | |

**DECLARATION OF PUBLICATION**

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 04, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 05, 2026 at Washington, DC.

Deonna L. Mackall

Deonna Mackall
Records Examiner

Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**COURT CASE NUMBER: 1:26-CV-00992; NOTICE OF FORFEITURE ACTION**

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

> Cash/Currency in lieu of The M/T Bella 1 with International Maritime Organization (IMO) number 9230880 Ser No: unknown (26-FBI-001162) which was seized from Louis Marine Shipping Enterprises on January 07, 2026 at 57�46.099' N and 3�31.155' W, located in Findhorn,
>
> $9,940.00 United States Currency seized from the M/T Bella 1, IMO: 9230880 (26-FBI-005531) which was seized from Louis Marine Shipping Enterprises on January 07, 2026 at 57�46.099' N and 3�31.155' W, located in Findhorn,

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (September 04, 2026) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC 20001, and copies of each served upon Assistant United States Attorney Rajbir Datta, 601 D Street, N.W., Washington, DC 20530, or default and forfeiture will be ordered. *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Rajbir Datta, 601 D Street, N.W., Washington, DC 20530. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 4, 2026 and October 03, 2026. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. MOTOR TANKER BELLA 1 BEARING INTERNATIONAL MARITIM

**Court Case No:** 1:26-CV-00992
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/04/2026 | 23.9 | Verified |
| 2 | 09/05/2026 | 24.0 | Verified |
| 3 | 09/06/2026 | 23.9 | Verified |
| 4 | 09/07/2026 | 23.9 | Verified |
| 5 | 09/08/2026 | 24.0 | Verified |
| 6 | 09/09/2026 | 24.0 | Verified |
| 7 | 09/10/2026 | 23.9 | Verified |
| 8 | 09/11/2026 | 24.0 | Verified |
| 9 | 09/12/2026 | 23.9 | Verified |
| 10 | 09/13/2026 | 23.9 | Verified |
| 11 | 09/14/2026 | 23.9 | Verified |
| 12 | 09/15/2026 | 23.9 | Verified |
| 13 | 09/16/2026 | 23.9 | Verified |
| 14 | 09/17/2026 | 23.9 | Verified |
| 15 | 09/18/2026 | 23.9 | Verified |
| 16 | 09/19/2026 | 24.0 | Verified |
| 17 | 09/20/2026 | 23.9 | Verified |
| 18 | 09/21/2026 | 23.9 | Verified |
| 19 | 09/22/2026 | 24.0 | Verified |
| 20 | 09/23/2026 | 23.9 | Verified |
| 21 | 09/24/2026 | 23.9 | Verified |
| 22 | 09/25/2026 | 23.9 | Verified |
| 23 | 09/26/2026 | 24.0 | Verified |
| 24 | 09/27/2026 | 24.0 | Verified |
| 25 | 09/28/2026 | 24.0 | Verified |
| 26 | 09/29/2026 | 23.9 | Verified |
| 27 | 09/30/2026 | 24.0 | Verified |
| 28 | 10/01/2026 | 23.9 | Verified |
| 29 | 10/02/2026 | 24.0 | Verified |
| 30 | 10/03/2026 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.