**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,

Defendant,

BUREVESTMARIN LLC,

Claimant.

Civil Action No. 26-992 (RBW)

**CLAIMANT BUREVESTMARIN LLC'S MOTION TO DISMISS**

Claimant Burevestmarin LLC, by and through the undersigned counsel, respectfully moves, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), to dismiss the Amended Complaint for Forfeiture *In Rem* because the Amended Complaint fails to adequately plead a lawful basis for exercising *in rem* jurisdiction, venue in this District is improper, and the Amended Complaint fails to state a claim upon which relief can be granted.

A memorandum of points and authorities in support and a proposed order are attached.

Dated: October 13, 2026

Respectfully Submitted,

*/s/ Michael J. Baratz*

Michael J. Baratz, D.C. Bar No. 480607
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
mbaratz@steptoe.com

Andrew C. Adams, N.Y. Bar No. 4727293
**Steptoe LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
acadams@steptoe.com
Admitted *pro hac vice*

*Attorneys for Claimant Burevestmarin LLC*