**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant,<br><br>BUREVESTMARIN LLC,<br><br>Claimant. | Civil Action No. 26-992 (RBW) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Claimant Burevestmarin LLC ("Burevestmarin")'s Motion to Dismiss, the Court hereby **GRANTS** Burevestmarin's Motion to Dismiss.

**IT IS SO ORDERED.**

Date:

______________________________
The Honorable Reggie B. Walton
United States District Judge