**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant,<br><br>BUREVESTMARIN LLC,<br><br>Claimant. | Civil Action No. 1:26-00992 (RBW)(ZMF) |

**CLAIMANT BUREVESTMARIN LLC'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 65.1**

I, Michael J. Baratz, certify that at my direction on October 23, 2026 at approximately 5:26 p.m. EST, actual notice of Claimant Burevestmarin LLC's Emergency Motion to Preserve the Status Quo, Issue an Order to Show Cause, and Authorize Ancillary Process ("Motion") and copies of the Motion with the proposed order and supporting documents were provided to Plaintiff United States of America (the "Government") at the following email addresses: Joshua Sohn (Joshua.Sohn@usdoj.gov); Rajbir Datta (Rajbir.Datta@usdoj.gov); Sean Heiden (Sean.Heiden2@usdoj.gov); Stephen Quarcoo (Stephen.Quarcoo@usdoj.gov).

Dated: October 23, 2026

Respectfully submitted,

/s/ *Michael J. Baratz*
Michael J. Baratz