**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant,<br><br>BUREVESTMARIN LLC,<br><br>Claimant. | Civil Action No. 1:26-00992 (RBW)(ZMF) |

**<u>DECLARATION OF MICHAEL J. BARATZ</u>**

I, Michael J. Baratz, hereby declare as follows:

1. I am a partner at the law firm Steptoe LLP, counsel to Burevestmarin LLC ("Claimant") in the above-captioned action. I am admitted to practice in the U.S. District Court for the District of Columbia.

2. I respectfully submit this declaration based on my personal knowledge and the documents cited herein and attached in support of Claimant's Emergency Motion for Restraints.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct screenshot of the Maryland Business Express filing history webpage, on October 21, 2026, detailing the filing history of Global Marketing Systems, Inc. ("GMS").

4. Attached hereto as **<u>Exhibit 2</u>** is a true and correct screenshot of the Maryland State Department of Assessments and Taxation ("SDAT") Real Property Data Search Record

webpage, for 81 Baltimore St., Cumberland, Maryland, reflecting GMS as a prior seller of the property, retrieved from SDAT's database on October 21, 2026.

5. Attached hereto as **Exhibit 3** is a true and correct screenshot of GMS's Maryland Business Express webpage, identifying GMS's principal office, resident agent, mailing address, status, and personal/property tax filing history, captured on October 19 and 21, 2026.

6. Attached hereto as **Exhibit 4** is a true and correct screenshot of the GMS homepage, about page, and contact page. The website was accessed on October 21, 2026.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Reuters article "US sells for scrap two sanctioned oil tankers seized after Venezuela raid," published August 10, 2026, reporting GMS's purchase of the *Era* (previously *Marinera* and *Bella 1*) and the *Lileo* (previously *Galileo* and *Veronica*).

8. Attached hereto as **Exhibit 6** are true and correct copies of VesselFinder and MarineTraffic webpage screenshots, captured on October 21, 2026, reflecting the status of the *ERA*, IMO 9230880, captured on October 21, 2026.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email chain dated October 1–14, 2026, between my colleague Andrew C. Adams of Steptoe LLP and attorneys for the Department of Justice, including Assistant United States Attorney Rajbir S. Datta. On October 7, 2026, Mr. Adams asked whether the Government would agree to a temporary standstill as to both vessels. On October 12, 2026, Mr. Datta replied that "the Government does not control the two subject vessels and thus cannot not [sic] enter into any 'standstill' regarding their status or movement."

10. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 23, 2026 in Washington, DC.

*/s/ Michael J. Baratz*
Michael J. Baratz