# EXHIBIT 1

# GLOBAL MARKETING SYSTEMS, INC.: D03403946

## Filing History

The items listed below are associated with this business.

– Click to view/print PDF (note: some items may not be available to view)

– Click to view comment associated with this item

**Please note:** When a resolution, amendment, or any other supplemental filing is filed with the State Department of Assessments and Taxation, **the original articles are NOT changed**.

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| RESOLUTION | 8/10/2022 9:00:00 AM | | | 2 |
| RESOLUTION | 7/16/2018 11:55:00 AM | | | 2 |
| RESOLUTION | 1/16/2016 10:59:00 AM | | | 2 |
| ARTICLES OF INCORPORATION | 3/30/1992 8:58:00 AM | F3407 | 1106 | 6 |