# EXHIBIT 2

Real Property Data Search ( )
Search Result for ALLEGANY COUNTY

| Search Tax Maps | No Ground Rent Redemption on File | No Ground Rent Registration on File |
|---|---|---|

**Special Tax Recapture:** None

**Account Number:** **District -** 04 **Account Identifier -** 027329

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | 83 BALTIMORE STREET LLC | **Use:**<br>**Principal Residence:** | COMMERCIAL<br>NO |
| **Mailing Address:** | 10210 MT SAVAGE ROAD<br>CUMBERLAND MD 21502- | **Deed Reference:** | /02800/ 00009 |

## Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 81 BALTIMORE ST<br>CUMBERLAND 21502-0000 | **Legal Description:** | BALTIMORE & CENTRE &<br>DEXTER PL 52X150<br>56X160 |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0104 | 0017 | 7229A | 10003.01 | 0000 | | | | 2027 | Plat Ref: |

**Town:** CUMBERLAND

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1920 | 41,280 SF | | 8,241 SF | |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements | Pending Permit |
|---|---|---|---|---|---|---|---|---|
| | | OFFICE BUILDING | / | C3 | | | | None |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2024 | As of 07/01/2026 | As of 07/01/2027 |
| **Land:** | 290,400 | 290,400 | | |
| **Improvements** | 569,100 | 569,100 | | |
| **Total:** | 859,500 | 859,500 | 859,500 | |
| **Preferential Land:** | 0 | | | |

## Transfer Information

| | | |
|---|---|---|
| **Seller:** GLOBAL MARKETING SYSTEMS INC | **Date:** 07/01/2022 | **Price:** $875,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /02800/ 00009 | **Deed2:** |
| **Seller:** GLOBAL MARKETING SYSTEMS INC | **Date:** 11/15/1999 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /00676/ 00916 | **Deed2:** |
| **Seller:** LIBERTY TRUST CO | **Date:** 09/15/1998 | **Price:** $240,000 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /00663/ 00787 | **Deed2:** |

## Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2026 | 07/01/2027 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\| | 0.00\| |

**Special Tax Recapture:** None

## Homestead Application Information

**Homestead Application Status:** No Application

## Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application **Date:**