# EXHIBIT 3

# GLOBAL MARKETING SYSTEMS, INC.: D03403946

| | |
|---|---|
| **Department ID Number:** | D03403946 |
| **Business Name:** | GLOBAL MARKETING SYSTEMS, INC. |
| **Principal Office:** | 821 BISHOP WALSH ROAD<br>CUMBERLAND MD 21502 |
| **Resident Agent:** | ANIL F. SHARMA<br>821 BISHOP WALSH ROAD<br>CUMBERLAND MD 21502 |
| **Status:** | INCORPORATED |
| **Good Standing:** | THIS BUSINESS IS IN GOOD STANDING |
| **Business Type:** | CORPORATION |
| **Business Code:** | 03 ORDINARY BUSINESS - STOCK |
| **Date of Formation/ Registration:** | 03/30/1992 |
| **State of Formation:** | MD |
| **Stock Status:** | STOCK |
| **Close Status:** | NO |

# GLOBAL MARKETING SYSTEMS, INC.: D03403946

## Filing History

The items listed below are associated with this business.

– Click to view/print PDF (note: some items may not be available to view)

– Click to view comment associated with this item

**Please note:** When a resolution, amendment, or any other supplemental filing is filed with the State Department of Assessments and Taxation, **the original articles are NOT changed**.

| Item | Date/Time Filed | Film | Folio | Pages |
|---|---|---|---|---|
| RESOLUTION | 8/10/2022 9:00:00 AM | | | 2 |
| RESOLUTION | 7/16/2018 11:55:00 AM | | | 2 |
| RESOLUTION | 1/16/2016 10:59:00 AM | | | 2 |
| ARTICLES OF INCORPORATION | 3/30/1992 8:58:00 AM | F3407 | 1106 | 6 |

# GLOBAL MARKETING SYSTEMS, INC.: D03403946

## Annual Report/Personal Property

**Mailing Address:** GLOBAL MARKETING SYSTEMS, INC.
821 BISHOP WALSH RD
CUMBERLAND MD 21502

## Annual Report/Personal Property Tax Filings

| Asmt. Year | Date Filed | Extension | Penalty Amount | Date Penalty Paid |
|---|---|---|---|---|
| 2026 | 04/15/2026 | No | | |
| 2025 | 04/15/2025 | No | | |
| 2024 | 04/15/2024 | No | | |
| 2023 | 04/10/2023 | No | | |
| 2022 | 04/25/2022 | No | | |
| 2021 | 11/29/2021 | Yes | $56.00 | 07/20/2022 |
| 2020 | 09/25/2020 | No | | |
| 2019 | 09/30/2019 | No | | |
| 2018 | 04/15/2018 | No | | |
| 2017 | 04/15/2017 | No | | |

## Personal Property Assessments Summary (Select year to view details)

| Asmt. Year | County Base | Town Base | Date Certified |
|---|---|---|---|
| 2026 | 0 | 0 | 08/11/2026 |
| 2025 | 0 | 0 | 09/26/2025 |
| 2024 | 0 | 0 | 08/29/2024 |
| 2023 | 0 | 0 | 06/21/2023 |
| 2022 | 0 | 0 | 07/19/2022 |
| 2021 | 13380 | 13380 | 06/23/2022 |

| Asmt. Year | County Base | Town Base | Date Certified |
|---|---|---|---|
| 2020 | 23880 | 23880 | 03/01/2021 |
| 2019 | 23880 | 23880 | 11/04/2019 |
| 2018 | 23880 | 23880 | 06/06/2018 |
| 2017 | 23880 | 23880 | 05/15/2017 |