# EXHIBIT 4

GMS Leadership

About Us | Sustainability | Ship Recycling | Offshore Recycling | SSORP | Thought Leadership | Media



World's
In Recycling Of Ships And Offshore Vessels

Vessel Quote
Subscribe To GMS
Contact Us

Bangladesh **Sentiment:** Steady Gen Cargo (Dry): USD 510/LT LDT Tankers (Wet): USD 530/LT LDT. India **Sentiment:** Steady Gen Cargo (Dry): USD 465/LT LDT Tankers (Wet): USD 485/LT LDT. Pakistan **Sentiment:** Steady G

## Innovative Solutions
## For Responsible Recycling.

## Who We Are

Established in 1992, Global Marketing Systems Inc. (GMS) is the 'world's largest buyer of ships and offshore assets for recycling. With multiple offices across the globe, including the Germany, Greece, London, UAE, India, Singapore, Brazil, Philippines, China, South Korea, and Japan and further exclusive representative offices in India, Bangladesh, Pakistan, and Turkey, GMS has evolved to capture a global presence and a team of dedicated experts that helps the company provide one-stop, end-to-end solutions for the recycling of maritime assets. GMS was formed on the principles of TRUST, INTEGRITY, and PERFORMANCE. These have been the core principals at the heart of 'GMS's daily operations for more than 3 decades.

Discover GMS →

**30+** Years Of Unparallel Leadership

**13+** Locations

**5000+** Transactions Worldwide

**40+** International Awards

***Trust • Integrity • Performance***

Our Battle - Tested Principles

## What We Offer



**Ship Recycling** 01

Offshore Recycling 02

SHIP RECYCLING

### Ship Recycling

GMS positioned itself as the largest contributor to the ship recycling industry by creating value for all stakeholders related to the ship recycling industry over the last three decades. Ship recycling is a process in which end-of life ships are dismantled to recover useful material which includes steel plates,




non-ferrous metals, and other reusable material. GMS, a leading cash buyer, plays a critical role in delivering the vessels to the recycling facilities. Since its inception, GMS, the largest cash buyer in the world, has facilitated the recycling of more than 5000 vessels. These transactions include recycling commercial vessels of leading shipowners, naval ships of various governments, and distressed vessels. GMS has undertaken more than 150 trans-pacific and trans-Atlantic tows. The phrase 'Ship Recycling' was first coined by the GMS.

Explore Ship Recycling →

## What Makes Us Different

### Leadership

For more than 30 years, GMS has been an innovator and a leader in the ship recycling

Meet Our Leadership Team →

### Market Coverage

With 13 offices and representatives in all major shipping and ship recycling markets, we are

Explore Our Global Coverage →

### Market Risk

GMS was formed on the principles of TRUST, INTEGRITY and PERFORMANCE. Our principles

Understand Our Risk Management →

### Solution Driven

Most people find the quickest exit from difficult situations, however, at GMS, we prefer to face

Discover Our Solution-Driven Approach →

### Green Recycling

GMS is the pioneer in the industry to develop the unique Sustainable Ship and Offshore Recycling

Explore Our Recycling Expertise →

### Experience

Depth and width of experience: more than 5,000 deals, most qualified people in their respective

Discover Our Industry Experience →

## Our Locations

Office Locations Recycling Locations




Get in touch with vessel quote ↗

## In The News

**In the News**

09 Oct 2026 Lloyd's List

September ship recycling rises marginally, with old tankers dominating arrivals

Lloyd's List GMS in Media →

**In the News**

31 May 2026 Financial Times

More than half of shadow fleet oil tankers pose environmental disaster risk

FT GMS in Media →

Read the Latest Maritime Insights →

## Articles




02 Oct 2026

The Ships Stayed Trading: What Q3 2026 Revealed About the Ship Recycling Market

View All Articles →



29 Sep 2026

Hong Kong Convention in 2026: What Shipowners Need to Know

View All Articles →

Read the Latest Maritime Insights →

## Our Social Feed

GMS GM... 52,6... 3w Linkedin

We trace a ship throughout its operating life. Should we also trace what it becomes after recycling?

An end-of-life vessel arrives at a recycling facility with extensive documentation covering its identity, hazardous materials, surveys, certificates and recycling plan.

GMS GM... 52,6... 4mo Linkedin

BBC News today featured Dr. Anil Sharma, Founder and CEO of GMS, in its coverage of the growing environmental and safety concerns linked to shadow fleet vessels.

The report highlights a critical challenge for the global maritime sector: how ageing ships, particularly those operating outside

GMS GM... 52,6... 9mo · Edited Linkedin

We appreciate. Mr. Paul Berger of The Wall Street Journal for his in-depth coverage of the broader issue facing global shipping today.

As highlighted in the article, a growing number of sanctioned and aging vessels continue to operate outside accepted international frameworks. Many of these ships

Follow Us On Social Media

Scan to download the
***World's First & Only***
Ship Recycling App

GMS Leadership app available on

Download from Google Play | Download on the App Store



## Get a Quote to Sell Your Ship

Submit your request for ships, Offshore Vessels or SSORP and our expert team will get back to you quickly with a quote

**About Us**
- Overview
- Testimonials
- Careers

**Sustainability**
- Ship recycling & UNSDG
- Environment, Social & Governance

**Ship Recycling**
- Ship Recycling
- Beaching Tides

**Offshore Recycling**
- Offshore Recycling

**SSORP**
- What is SSORP

**Media**
- Articles
- Press Releases
- News
- Podcasts
- Gallery
- Events

Terms & Conditions | Sitemap

Copyright 2026. All Rights Reserved

Download GMS App

About us

# Overview

Home > About us overview

## Who we are

Founded in 1992 and headquartered in Dubai, GMS is world's largest buyer of ships and offshore vessels for recycling.We take an innovative approach to nurture sustainable ship and offshore recycling industries by working closely with owners of ships and offshore vessels, while investing and training ship recycling yards and their workers on Hong Kong Convention (HKC) compliant best practices. We also invest in multiple ways to upgrade the ship recycling industry in the Indian Subcontinent.

**30+** Year of experience

**5000+** Transactions

Our purpose is to excel in managing ship recycling risks and providing sustainable solutions to all stakeholders.**With more than 30 years of experience and more than 5000 transactions,** we ensure that Ship-owners and Capital providers can proactively manage Residual Values for their aging vessels.
With an in-house team of experts in trading, finance, legal, operations, technical, and worldwide presence, GMS provides one stop end-to-end solution to Owners of vintage assets.




## Trusted by Largest Ship Owners

Innovative solutions for responsible recycling

**30+ years**
unparalleled Leadership

**5000+**
Transactions worldwide

**400+**
Customers worldwide

**1200+**
Newsletter published

**40+**
International Awards




## First and only Buyer in the world to:

Negotiate almost 5000 ships and offshore units for recycling.

**5000+** ships and offshore units

**1100+** AS IS WHERE IS vessels

And buy about 1100 AS IS WHERE IS vessels and achieve an unmatched towage experience, with more than 150 Trans-Atlantic, Trans-Pacific, and the Far East tow.

Develop a Sustainable Ship & Offshore Recycling Program (SSORP) together with an IACS Classification Society. Over the last 7 years, 100+ IHMs have been conducted, and over 125 vessels were recycled with a zero-accident record under the GMS SSORP program, in compliance with the guidelines of the Hong Kong Convention.

**30%**

**in the Indian subcontinent Ships and offshore units for recycling**

Over the last 7 years, GMS has delivered in excess of 30% of the total lightweight that was recycled in the Indian subcontinent



## Why Us?

Introduce **hot works guidelines for tankers bound** for recycling.

**Expand its global footprint with 13 offices** in key shipping markets.

Launch the maritime industry's **first mobile application for recycling.**

**Maintain a specialized database of all recycling facilities** worldwide to uniquely align every client's CSR/ESG requirements with the most suitable yard.




## Our expertise includes

### Sale and Purchase
Buying old vessels and delivering them to the recycling facilities

### Operations
Buying vessels on 'As Is Where Is' basis and sailing them to recycling yards, either under tow or own power

### Financing
Taking the title of the vessel against full payment

### Market Research
Market Research guide owners on emerging opportunities and threats in the market place

### Valuations
Valuations forecasting future prices, demand / supply factors, market movements, and other relevant business-specific issues

### Risk Management
Risk Management guide owners on regulatory risks, underwriting market, operational, performance, currency, demand / Supply, and various other risks associated with the industry

## Accolades

Ranked among top 100 global companies in shipping by **Lloyd's List for 16 years in a row** only entity ever in ship recycling ★★★★★

Finalist of **Maritime Standard for Corporate Social Responsibility Award** ★★★★★




Ranked among
**50 Most Influential Leaders in Tanker Shipping**
and Trade for 2 years in a row
★★★★★

Finalist of
**Lloyd's List Global Environmental Award**
★★★★★

Corporate Social Responsibility Award | Maritime Standard Awards 2021 | Finalist
The Maritime Standard Corporate Social Responsibility Award celebrates companies that have shown a particularly strong commitment to CSR, community welfare and have shown creativity and innovation in the use of CSR initiatives.

Sustainability Award | Seatrade Maritime Awards 2021 | Finalist
Seatrade Maritime Sustainability recognises companies that have introduced a new product, procedure or measures which will significantly improve the shipping industry's progress towards its environmental goals.

Seatrade Green Shipping Award
GMS was a finalist in the Seatrade Green Shipping Award 2019 - the very best of the Middle East, Indian Subcontinent and Africa's maritime industry.

Seatrade Maritime Green Shipping Award
Seatrade Green Shipping Award: Winner 2018. This award recognizes the outstanding company which has shown commitment to sustainability through environmentally focused strategies, planning and implementation.

Tanker Shipping and Trade Industry Leaders
GMS was nominated in the 50 Most Influential Leaders in Tanker Shipping and Trade: 2018 & 2019

Lloyd's List Top 100
GMS has been nominated by Lloyd's List Top 100 most influential people in shipping for the last 16 years - 2010 - 2025

Maritime Standard Green Shipping Award
In 2018, 2019, 2020, 2021 & 2024, GMS was a finalist for the Maritime Standard Green Shipping Award - an award that is presented to a company that has led the way in environmentally responsible shipping with a new product, project or initiative that has significantly improved the protection of the environment.

Lloyd's List Global Environmental Award
GMS was nominated as a Finalist for Lloyd's List prestigious Global Environmental Awards 2018

## Publish 3 books on the Recycling of ships




**The Recycling of Ship**
(April 2018)




**Green HandBook**
(July 2018)




**The Recycling of Ship- 2nd Edition**
(Oct 2019)

**1200+**
**editions published**

**Publish the recycling industry's longest running weekly newsletter about 20 years ago,**
with more than 1200 editions being published.

Create a core team of internationally leading experts - **four doctorates and numerous captains, engineers, naval architects, and specialists** to ensure unparalleled technical and commercial expertise during the entire ship recycling process.

**GMS team members are the most sought-after speakers for maritime conferences.**
They are regularly quoted in leading publications such as Lloyd's List, TradeWinds, Bloomberg, The Wall Street Journal and many others.

Lloyd's List Bloomberg TradeWinds WSJ

**Dr. Anil Sharma,**
Founder and Chairman of GMS has been recognized as
**"Lloyd's List of 100 Most Influential People in Shipping"**
for the last 16 years in a row; the only person from the ship recycling industry & only 1 of 7 people in the world to be privileged to receive such an honor.

Lloyd's List




## Our Locations

Show Location

Get in touch with vessel quote

| | | |
|---|---|---|
| JPN | 24:08:26 | Thursday |
| KOR | 24:08:26 | Thursday |
| CHN | 23:08:26 | Wednesday |
| SGP | 23:08:26 | Wednesday |
| BAN | 21:08:26 | Wednesday |
| IND | 20:38:26 | Wednesday |
| PAK | 20:08:26 | Wednesday |

**About Us**
- Overview
- Testimonials
- Careers

**Sustainability**
- Ship recycling & UNSDG
- Environment, Social & Governance

**Ship Recycling**
- Ship Recycling
- Beaching Tides

**Offshore Recycling**
- Offshore Recycling

**SSORP**
- What is SSORP

**Media**
- Articles
- Press Releases
- News
- Podcasts
- Gallery
- Events

Terms & Conditions | Sitemap

Copyright 2026. All Rights Reserved

Download GMS App

GMS Leadership

About Us | Sustainability | Ship Recycling | Offshore Recycling | SSORP | Thought Leadership | Media

# Get in touch

Home > Get In Touch

GET A VESSEL QUOTE | SUBSCRIBE TO GMS WEEKLY | CONTACT US

Vessel Quote
Subscribe To GMS
Contact Us




- Greece
- Germany
- India
- Japan
- Singapore
- China

UAE 19:09:41 Wednesday | GRC 18:09:41 Wednesday | GER 17:09:41 Wednesday | GBR 16:09:41 Wednesday | BRA 12:09:41 Wednesday | USA 12:09:41 Wednesday

**About Us**
- Overview
- Testimonials
- Careers

**Sustainability**
- Ship recycling & UNSDG
- Environment, Social & Governance

**Ship Recycling**
- Ship Recycling
- Beaching Tides

**Offshore Recycling**
- Offshore Recycling

**SSORP**
- What is SSORP

**Media**
- Articles
- Press Releases
- News
- Podcasts
- Gallery
- Events

Terms & Conditions | Sitemap

Copyright 2026. All Rights Reserved

Download GMS App