# EXHIBIT 6

Search MarineTraffic

**ERA** *Crude Oil Tanker IMO: 9230880*

Add notes | Add to fleet | Create notifications

Overview | Port call log | Vessel characteristics | Ownership | Performance insights | Compliance | In the news

### Current voyage




Departure from Rajaei
**IR SRP**

Arrival at Chittagong
**BD CGP**

Actual time of departure:
2025-03-17 14:51 (UTC+3)

Reported ETA:
2026-10-28 14:00 (UTC+6)

Past track | Route forecast

Locked content

Upgrade your account to unlock this

Upgrade

### Summary

**Where is the ship?**
Crude Oil Tanker **ERA** is currently located in the **East Coast India** (reported **11 hours, 7 minutes ago**)

**What kind of ship is this?**
**ERA** (IMO: 9230880) is a **Crude Oil Tanker** Her length overall (LOA) is 332.99 meters and her width is 60 meters.

### General




| | |
|---|---|
| Name | ERA |
| Flag | null |
| IMO | 9230880 |
| MMSI | - |
| Call sign | - |
| AIS transponder class | Class A |
| General vessel type | Tanker - Hazard D (Recognizable) |
| Detailed vessel type | Crude Oil Tanker |
| Service Status | *Upgrade to unlock* |
| Port of registry | *Upgrade to unlock* |
| Year built | *Upgrade to unlock* |

### Latest AIS information

| | |
|---|---|
| Navigational status | Underway using Engine |
| Position received | 11 h 7 mins ago |
| Vessel's local time | 2026-10-21 12:23 (UTC+5) |
| Latitude/Longitude | *Upgrade to unlock* |
| Speed | 8.3 kn |
| Course | 54 ° |
| True heading | 55 ° |
| Rate of turn | 0 °/min |
| Draught | 11 m |
| Reported destination | BD CGP |
| Matched destination | Chittagong, BANGLADESH |
| Reported ETA | 2026-10-28 14:00 (UTC+6) |
| AIS vessel type | Tanker - Hazard D (Recognizable) |
| AIS source | Roaming |

Upgrade to global AIS coverage

### Businesses

#### At arrival location

UNIVERSAL MARITIME SERVICES
Ship Chandlers

TENACIOUS
Ship Chandlers

INNOVATION MARINE INTERNATIONAL
Ship Chandlers

AHSAN SHIPPING
Ship Chandlers

Bk Ship Service
Ship Chandler/Supplier

View full list

#### Near the vessel

No data available at the moment

### Notes

Locked content

Upgrade your account to unlock this

Upgrade

VesselFinder MAP VESSELS PHOTOS PORTS CONTAINERS SERVICES Ship / Port / Container

vivint
A Vivint security system can help you save money on your energy bill.
Learn more

# ERA

Crude Oil Tanker, IMO 9230880

VesselFinder » Vessels » Tankers » ERA

Stay comfortable. Spend less.
vivint Comfort iQ
Learn more

vivint
Skip the wires, call the experts
Learn more

The current position of **ERA** is at Indian Coast reported 13 hours ago by AIS. The vessel is en route to the port of **Chittagong, Bangladesh**, sailing at a speed of 8.4 knots and expected to arrive there on **Oct 28, 06:00**. The vessel **ERA** (IMO 9230880, MMSI 620800460) is a Crude Oil Tanker built in 2002 (24 years old) and currently sailing under the flag of **Comoros**.

Plans & Prices

Sanctions & Bans: US (OFAC)



Track on Map | Add Photo | Add to fleet

Destination
**Chittagong, Bangladesh**
ETA: Oct 28, 06:00 (in 6 days)

| | |
|---|---|
| Predicted ETA | 🔒 |
| Remaining Distance | 🔒 |
| Distance Sailed | 🔒 |
| Course / Speed | 59° / 8.4 kn |
| Current draught | 11.0 m |
| Navigation Status | - |
| Position Received | 13 hours ago |
| IMO / MMSI | 9230880 / 620800460 |
| Callsign | D6A4460 |
| AIS Type | Tanker (HAZ-D) |
| AIS Flag | Comoros |
| Length / Beam | 333 / 60 m |

Last Port
**Galle Anch., Sri Lanka**
ATD: Oct 20, 18:25 UTC (1 day ago)

## SHIP POSITION & VOYAGE




## RECENT PORT CALLS

| Arrival (UTC) | Departure (UTC) | Port Stay | Arrival Draught |
|---|---|---|---|
| 🔒 | 🔒 | 🔒 | 🔒 |

Historical AIS Data

## PROXIMITY EVENTS

| From (UTC) | To (UTC) | Nearby Vessel | Duration | Location |
|---|---|---|---|---|
| 🔒 | 🔒 | 🔒 | 🔒 | 🔒 |

## VESSEL UTILIZATION

2025 2024 2023 2022 2021

| | | | |
|---|---|---|---|
| Travelled distance (nm) | - | Time Underway | 🔒 |
| Port Calls | - | Time in Port | 🔒 |
| Average / Max Speed (kn) | 10.8 / 13.0 | Time at Anchor | 🔒 |
| Min / Max Draught (m) | 🔒 | Idle Time | 🔒 |

| Port | Visits | Country | Visits |
|---|---|---|---|

Some things are better left to the pros
vivint
Learn more

## VESSEL PARTICULARS

Not in Service since 2026

| | |
|---|---|
| IMO number | 9230880 |
| Vessel Name | ERA |
| Ship Type | Crude Oil Tanker |
| Flag | Comoros |
| Year of Build | 2002 |
| Length Overall (m) | 332.99 |
| Length BP (m) | 🔒 |
| Beam (m) | 60.00 |
| Draught (m) | 🔒 |
| Depth (m) | 🔒 |
| Builder | 🔒 |
| Place of Build | 🔒 |
| Hull | 🔒 |
| Material | 🔒 |
| Engine Builder | 🔒 |

| | |
|---|---|
| Gross Tonnage | 161233 |
| Net Tonnage | 🔒 |
| Deadweight (t) | 318518 |
| TEU | - |
| Crude Oil (bbl) | 🔒 |
| Gas ($m^3$) | - |
| Grain ($m^3$) | - |
| Bale ($m^3$) | - |
| Ballast Water ($m^3$) | 🔒 |
| Fresh Water ($m^3$) | - |
| Engine Type | 🔒 |
| Engine Power (kW) | 🔒 |
| Fuel Type | 🔒 |
| Service Speed (kn) | 🔒 |
| Propeller | 🔒 |

## MANAGEMENT

| | |
|---|---|
| Registered Owner | |
| Address | |
| Website | |
| Email | |
| Manager | |
| Address | |
| Website | |
| Email | |

| | |
|---|---|
| ISM Manager | - |
| Address | - |
| Website | - |
| Email | - |

| | |
|---|---|
| P&I Club | |
| Classification Society | |
| Last Survey | |
| Next Survey | |

## HISTORY

| Year | Flag | Vessel Name | Registered Owner | Manager |
|---|---|---|---|---|
| 2026 May | | | | |
| 2026 May | | ERA | | |
| 2026 Jan | | | | |
| 2025 Dec | | | | |
| 2025 Dec | | MARINERA | | |
| 2023 Nov | | | | |
| 2023 Nov | | BELLA 1 | | |
| 2022 Dec | | TIMIMUS | | |
| 2022 Jan | | | | |
| 2022 Jan | | NEOFIT | | |
| 2021 Apr | | YANNIS | | |
| 2020 Dec | | XIAO ZHU SHAN | | |
| 2017 Mar | | SEAWAYS MULAN | | |
| 2002 Apr | | OVERSEAS MULAN | | |
| 2002 Apr | | | | |




## DISCLAIMER

ERA current position and history of port calls are received by AIS. Technical specifications, tonnages and management details are derived from VesselFinder database. The data is for informational purposes only and VesselFinder is not responsible for the accuracy and reliability of ERA data.

