# EXHIBIT 7

**From:** Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 12:25 PM
**To:** Adams, Andrew; Sohn, Joshua (CRM); Heiden, Sean (NSD)
**Cc:** Baratz, Michael; Quarcoo, Stephen (CRM)
**Subject:** [EXTERNAL] RE: Burevestmarin

Good afternoon Andrew,

Thanks for providing the information and appreciate you bringing this to our attention. We are reviewing this and will address it with the Court if discrepancies are found.

Thanks,

Raj

---

**From:** Adams, Andrew <acadams@steptoe.com>
**Sent:** Monday, October 12, 2026 9:18 PM
**To:** Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>; Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>; Quarcoo, Stephen (CRM) <Stephen.Quarcoo@usdoj.gov>; Fenton, Christopher (USADC) <Christopher.Fenton3@usdoj.gov>
**Subject:** [EXTERNAL] RE: Burevestmarin

Thank you, Raj.

On the last point, we have now conferred with counsel for Mr. Kalandadze at Lankler Siffert & Wohl LLP following the assertions to the Court during oral argument on the Bella's *ex parte*, sealed interlocutory sale. We understand from counsel that Mr. Kalandadze has never referred to Burrevestmarin, "Burevest Marine LLC," or "Burevest" in any interview with the Government. We further understand from counsel that the Government has never *asked* Mr. Kalandadze about any entity called "Burrevestmarin," "Burevest Marine LLC," or "Burevest" despite having specifically alleged "Burevest Marine LLC" to be the "purported" owner of the vessel in its original complaint filed under seal on March 20, 2026.

At oral argument, the Government stated:

- "The captain [Kalandadze] has since pleaded guilty to failing to heave-to and has said that Burevest instructed him to flee." Tr. 7:6-7.
- "[T]he captain admitted as much – given that Burevest had instructed the captain to flee..." Tr. 14:6-7.
- Following the verbatim reading of the Captain's statement of facts, which did not refer to the owner or to Burevest, the transcript continues: "In fact, you know, ***<u>in our notes</u>***, it was Burevest. He—they—the captain said it was Burevest who told him to refuse to heave-to. . . ." Tr. 15:3-5.
- "So we believe, as a factual matter, that the captain did, in fact, name Burevest."

We ask again that you correct the record, after conferring with the attorneys and agents who may have been present at Mr. Kalandadze's interview(s). Unless we understand that the Government intends to remedy this mistake, we intend to raise this discrepancy with the Court in our upcoming supplemental briefing.

In the meantime, please immediately produce the notes referred on October 6 and ***bolded*** above.

Many thanks,

Andrew

**Andrew C. Adams**
Partner

Steptoe
Steptoe LLP | 1114 Avenue of the Americas | New York, NY 10036
+1 212 957 3081 direct | acadams@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Sent:** Monday, October 12, 2026 11:05 AM
**To:** Adams, Andrew <acadams@steptoe.com>; Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>; Quarcoo, Stephen (CRM) <Stephen.Quarcoo@usdoj.gov>; Fenton, Christopher (USADC) <Christopher.Fenton3@usdoj.gov>
**Subject:** [EXTERNAL] RE: Burevestmarin

Good morning Andrew.

I will discuss with the team on the other matters, but wanted to respond to two of the points you identified.

As to point 3, the Government does not control the two subject vessels and thus cannot not enter into any "standstill" regarding their status or movement. As to point 5, the Government does not believe any misrepresentations were made on October 6, 2026 as you claim.

Thanks,

Raj

Rajbir S. Datta
Assistant United States Attorney
National Security Section
U.S. Attorney's Office for the District of Columbia
601 D Street, NW

Washington, DC 20001
Rajbir.Datta@usdoj.gov
Office: (202) 252-7687

---

**From:** Adams, Andrew <acadams@steptoe.com>
**Sent:** Wednesday, October 7, 2026 1:35 PM
**To:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>; Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>; Quarcoo, Stephen (CRM) <Stephen.Quarcoo@usdoj.gov>; Fenton, Christopher (USADC) <Christopher.Fenton3@usdoj.gov>
**Subject:** [EXTERNAL] Re: Burevestmarin

Hi all,

While the call was requested by you all and, therefore, we're not entirely sure what events have overtaken whichever topics were on your agenda, it seems like we still have plenty to discuss. I will pull down the call, but could you please confirm:

1. The destination of the Bella 1.
2. The date and eta of the Veronica.
3. Whether the Government is willing to enter a temporary stand-still as to both vessels while the current motions are under review.
4. The past and current status of any specific license(s) allowing for the transfer of these ships and for the further scrapping, and the authorities under which such licenses were issued.
5. Whether DOJ intends to correct the misstatement to the Court yesterday regarding the identity of the party providing instructions to the Bella's captain; the operator is not the owner.

For what it's worth, we continue to believe a discussion on each these cases remains worthwhile. Happy to re-set a time for a discussion.

Andrew

---

**From:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>
**Sent:** Wednesday, 07 October 2026 10:19:15
**To:** Adams, Andrew <acadams@steptoe.com>; Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>; Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>; Quarcoo, Stephen (CRM) <Stephen.Quarcoo@usdoj.gov>; Fenton, Christopher (USADC) <Christopher.Fenton3@usdoj.gov>
**Subject:** [EXTERNAL] RE: Burevestmarin

Hi Andrew, it seems like our scheduled 1:30 call today has been overtaken by events, so it probably makes sense to cancel. It was nice locking swords with you yesterday and I'm sure we'll do it again soon.

Best,
Josh

**From:** Adams, Andrew <acadams@steptoe.com>
**Sent:** Monday, October 5, 2026 9:25 AM
**To:** Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>; Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>
**Subject:** [EXTERNAL] RE: Burevestmarin

Hi Sean, how is 1:30 eastern on Wednesday for you?

---

**From:** Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>
**Sent:** Monday, October 5, 2026 8:47 AM
**To:** Adams, Andrew <acadams@steptoe.com>; Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>
**Subject:** [EXTERNAL] RE: Burevestmarin

Thank you, Andrew. There are a few matters we would like to discuss. Please let us know if you have some time for a call this afternoon, tomorrow, or Wednesday.

Best regards,
Sean

Sean R. Heiden | Deputy Chief, Sanctions and Export Control Enforcement
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530
O: (202) 514-8106 | C: (202) 714-4149
(S) sean.heiden@nsd.usdoj.sgov.gov
(TS) sean.heiden@nsd.doj.ic.gov

---

**From:** Adams, Andrew <acadams@steptoe.com>
**Sent:** Thursday, October 1, 2026 5:45 PM
**To:** Heiden, Sean (NSD) <Sean.Heiden2@usdoj.gov>; Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Datta, Rajbir (USADC) <Rajbir.Datta@usdoj.gov>
**Cc:** Baratz, Michael <MBaratz@steptoe.com>
**Subject:** [EXTERNAL] Burevestmarin

Good afternoon all,

Steptoe has been retained to represent Burevestmarin in connection with the seizures of the Bella and the Veronica in two matters pending before DDC. We intend to move to set aside the previously sealed and ex parte motions for interlocutory sale, and to stay any further purported transfer of interest in those vessels, including on the grounds that each was obtained from a court lacking jurisdiction or venue over the matters, and without required notice to known interested parties.

We are writing to confirm whether you oppose the relief. If a call to discuss and confer further would be fruitful, please let me know.

Many thanks
Andrew

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.