**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant. | Civil Action No. 26-992 (RBW)(ZMF) |

**DECLARATION OF BIPLAB KANTI CHOWDHURY**

I, Biplab Kanti Chowdhury, hereby declare and state as follows:

1. I was Senior Manager Shipping at James Finlay & Co Ltd, from May 1, 1964 to July 31, 2004. Thereafter, I served as Executive Director at JF (Bangladesh) Ltd, from August 1, 2004 to June 30, 2020. I was next engaged as an Adviser at Ancient Steamship Company Ltd, from September 1, 2020 through October 22, 2026 in the City of Chattogram (Chittagong), Bangladesh. Since September 1, 2020, I have been engaged as an Adviser at Ancient Steamship Company.

2. I am over the age of 18, and I have personal knowledge of, and I am competent to testify to, the matters set forth in this declaration.

3. I submit this declaration on behalf of the Claimant, Burevestmarin LLC, in connection with its Emergency Motion for Ancillary Process, Order to Show Cause, and Temporary Status Quo Relief.

4. Unless otherwise stated, the facts in this declaration are based on my personal

knowledge, my review of the documents attached as exhibits, my review of publicly available vessel-tracking and Chattogram Port Authority records identified below, and my experience with shipbreaking and recycling practice in Bangladesh.

5. A true and accurate copy of the Plaintiff/United States of America's (the "U.S. Government") August 19, 2026, Notice of Filing Accounting of Interlocutory Sale is attached as **Exhibit A**.

6. A true and accurate copy of the U.S. Government's October 7, 2026, Notice in Response to Minute Order ("Notice") is attached as **Exhibit B**.

7. A true and accurate copy of an August 10, 2026, Lloyd's List article by Richard Meade, titled "US quietly sells seized Russian-linked shadow fleet tankers for scrap," is attached as **Exhibit C**.

8. MarineTraffic is used as a tool to track vessels. A true and accurate copy of MarineTraffic vessel-tracking records for Motor Tanker Bella 1, IMO 9230880, later known as the Marinera and now publicly reported as the Era (MSSI 620800460) (the "Marinera" or the "vessel"), obtained from MarineTraffic, on October 22, 2026, at approximately 2:19 pm UTC, is attached as **Exhibit D**. These records show that the Marinera is travelling off the coast of Yala, Sri Lanka and that her AIS is switched off.

9. Shipbreaking and recycling practices in Bangladesh are governed by the Ship Breaking and Recycling Rules 2011, a true and accurate copy of which is attached as **Exhibit E**. Those rules and ordinary Chattogram practice require multiple steps before a vessel slated for demolition is beached, including import documentation, buyer documentation, port and customs clearances, payment-related documentation, environmental and hazardous-materials clearances, gas-free inspection for tankers, and beaching permission.

10. I have more than 38 years of experience in the shipping, ship agency, shipbreaking, and ship recycling industries in Bangladesh. I have worked as Senior Manager Shipping at James Finlay & Co Ltd, as Executive Director at JF (Bangladesh) Ltd, and as an Adviser at Ancient Steamship Company Ltd. Based on that experience, I am familiar with the ordinary procedures by which vessels are declared, imported, delivered, beached and recycled at Chattogram.

11. The document "Procedures for Demolition Vessel" attached as **Exhibit F** is a document I prepared summarizing the procedures for demolishing a vessel at Chattogram, Bangladesh, based on my extensive knowledge of the procedures by which vessels are declared, imported, delivered, beached and recycled there.

12. On August 19, 2026, the U.S. Government reported that it sold the *Marinera* for $9.1 million. **Ex. A.** Public reporting identifies Global Marketing Systems, Inc. ("GMS") as the purchaser and describes GMS as a buyer of ships and offshore vessels for recycling. **Ex. C.**

13. As of October 22, 2026, at approximately 2.19 pm UTC, I checked MarineTraffic. Those records show the Marinera is travelling off the coast of Yala, Sri Lanka and her AIS is turned off. Her estimated time of arrival at Chittagong is shown as October 28, 2026, at 14:00 (UTC+6), in the MarineTraffic system. I also checked the Chittagong Port Authority daily berthing list and, as of October 21, 2026, the vessel is also not yet declared there. Any vessel arriving at Chattogram Port for demolition is declared to the Chattogram Port Authority 5 days prior to her arrival and then she is listed in the berthing list published by the Chattogram Port Authority. The berthing list published by the Chattogram Port Authority on October 21, 2026 is attached as **Exhibit G**. The Marinera is not listed therein, as can be

seen in section (B/4), where such vessels are listed and marked as 'DEMOLITION'.

14. On October 7, 2026, the U.S. Government filed a Notice stating that, "to the Government's best knowledge," the Vessel is expected to arrive at a "salvage/scrapping shipyard" on or about October 15, 2026. **Ex. B.** The U.S. Government further stated that it "does not know how quickly salvage/scrapping operations will begin" after arrival. *Id.* Based on my knowledge and experience in the shipbreaking and recycling industry, there is an immediate risk that the *Marinera* will be beached shortly after arrival, generally no longer than 48 hours. The exact timing depends on the buyer, port and customs clearance, breaching permission, and tides and conditions.

15. Scrapping is not like the ordinary movement or storage of a vessel. A vessel at anchor remains afloat and may be moved. A vessel that is beached for demolition is intentionally grounded at a breaking yard so that demolition can proceed.

16. If demolition proceeds, the *Marinera* will be physically delivered to the buyer at the outer anchorage and beached after (i) payment under letter of credit is released by the buyer and received by the seller,[1] (ii) physical delivery takes place, (iii) the import general manifest is accepted by the Bangladesh Customs Authorities and the Chattogram Port Authority, (iv) beaching permission is granted by Bangladesh Customs Authority and Chattogram Port Authority, (v) customs duties and taxes as leviable by Customs Authority have been paid by the buyer, and (vi) applicable port charges and dues have been paid to the Chattogram Port Authority. The *Marinera* will then be beached in the breaking yard.

[1] As I am not qualified as a U.S. attorney, here I express no view as to the legality of any such transfer (or the legality of any prior transfer) by a U.S. person without a license issued by the Office of Foreign Asset Control within the United States Department of Treasury.

17. Once beaching, cutting, or dismantling begins, practically speaking, the *Marinera* will not be capable of restoration as an operating tanker or preservation in its original state.

18. Once beached, the ship is no longer afloat and no longer navigable. The ship is a tangible asset and a conveyance used to transport cargo. Once cutting starts after beaching, the ship loses its physical attributes as a seaworthy vessel. No longer is the vessel afloat, navigable, seaworthy, port worthy or cargo worthy. The vessel is no longer manned by officers and crew, with engine and machinery in working order, and no longer can she be used for the intended purpose of trading and carrying cargo across the ocean.

19. To the best of my knowledge and based on my experience in the ship recycling market, GMS operates as a cash buyer for vessels slated for demolition. GMS buys ships with cash under the terms and conditions set forth in a Memorandum of Agreement (MOA) and then sells vessels to prospective buyers in Bangladesh under a separate MOA. Bangladeshi buyers typically pay for a ship via a letter of credit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration has been executed in Chattogram, Bangladesh, on October 22, 2026.

By: ______________________
Biplab Kanti Chowdhury