# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER BELLA 1 BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant. | Civ. A. No. 26-cv-992 (RBW) |

**NOTICE OF FILING ACCOUNTING OF INTERLOCUTORY SALE**

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this notice to account for the proceeds and costs of the interlocutory sale of the Defendant Property conducted pursuant to the Court's Sealed Order of April 7, 2026. D.E. 5.

As detailed in the attached declaration, the United States sold the Defendant Property for $9,100,000 and incurred reasonable and necessary costs incident to the sale in the amount of $1,027,590.79. *See* Patton Decl. Accordingly, the net proceeds of the interlocutory sale totaled $8,072,409.21 before interest. *Id.* These proceeds are the substitute res in this matter. *See* Fed. R. Civ. P. Supp. R. G(7)(b)(iv). The United States is holding the substitute res in an interest-bearing account maintained by the Government pending the conclusion of the notice period under Supplemental Rule G and a Final Order of Forfeiture.

Dated: August 19, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: ____*/s/ Rajbir Datta*___________
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: __/s/ Sean Heiden___________
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture Section, Criminal Division
U.S. Department of Justice

By: __/s/ *Joshua L. Sohn*____________________
Joshua L. Sohn
Trial Attorney

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOTOR TANKER BELLA 1 BEARING INTERNATIONAL MARITIME NUMBER 9230880,

Defendant *In Rem,*

Civ. A. No. 26-cv-992 (RBW)

I, Gene Patton, declare and state:

1. My name is Gene Patton and I am Chief of the Program Operations Unit for the Department of Justice, Criminal Division.

2. I provide this Declaration to attest to the accounting of the proceeds and costs of the interlocutory sale (the "Sale") of the Motor Tanker BELLA 1 bearing International Maritime Number 9230880, as authorized by this Court's order of April 7, 2026. D.E. 5.

3. I provide this Declaration based on my own personal knowledge and those working with me in the Programs Operations Unit and other related components.

4. The United States sold the Defendant Property for $9,100,000.00 and incurred reasonable and necessary costs incident to the sale in the amount of $1,027,590.79. The net proceeds of the interlocutory sale totaled $8,072,409.21 before interest. These amounts do not include separate cost incurred repairing serious safety and operational deficiencies, maintaining and transiting the vessel which are unrelated to the Interlocutory Sale.

5. This is a true and correct accounting of the proceeds of the Sale and the fees and expenses that were reasonably necessary to complete the Sale in a commercially feasible manner within the jurisdiction of the United States.

6. All net proceeds from the Sale, after payment of fees and expenses, are now held in an interest-bearing account maintained by the Government pending the conclusion of the forfeiture action in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of August 2026, in Washington, D.C.

*/s/ Gene Patton*
GENE PATTON, Chief
Program Operations Unit
Criminal Division
U.S. Department of Justice