# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR TANKER *BELLA 1* BEARING INTERNATIONAL MARITIME NUMBER 9230880,<br><br>Defendant. | Civ. A. No. 1:26-cv-00992 (RBW) |

**GOVERNMENT'S NOTICE IN RESPONSE TO MINUTE ORDER**

Pursuant to the Court's Minute Order of October 6, 2026, the Government states as follows: to the Government's best knowledge, the *BELLA 1* is slated to arrive at a salvage/scrapping shipyard on or about October 15, 2026. The Government does not know how quickly salvage/scrapping operations will begin following the *BELLA 1*'s arrival.

Dated: October 7, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: ____*/s/ Rajbir Datta*___________
Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office

District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *__/s/ Sean Heiden____________*
Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: */s/ Joshua L. Sohn*
Joshua L. Sohn
S. Chartey Quarcoo
Trial Attorneys