# EXHIBIT C

This copy is for your personal, non-commercial use. For high-quality copies or electronic reprints for distribution to colleagues or customers, please call UK support at +44 (0)20 3377 3996 / APAC support at +65 6508 2430

Printed By

# US quietly sells seized Russian-linked shadow fleet tankers for scrap

- *The US government has sold seized shadow fleet tankers* Era *and* Lileo *to recycler GMS, with both vessels now heading to Alang for demolition*
- *The sale closes a sanctions case spanning Venezuelan oil exports, Russian ownership structures and a dramatic US pursuit of* Era *across the Atlantic*
- *Despite court approval and US Treasury waivers, banks, insurers and service providers were reluctant to engage, underscoring the difficulties of disposing of sanctioned vessels even after seizure*

10 Aug 2026 | **NEWS**

**by Richard Meade** | @Lloydslisted | richard.meade@lloydslistintelligence.com

Two shadow fleet tankers seized in a high-profile US sanctions enforcement operation have been sold for scrap, ending a politically charged saga that exposed opaque Russian ownership networks while highlighting the legal and commercial complexities of disposing of sanctioned vessels

A subscription is required to continue reading this content.

**Are you a subscriber?**

Sign in to continue reading.
If content does not display, please refresh your browser.

SIGN IN

**New to Lloyd's List?**

Buy a subscription to access our full service, with tailored daily headlines delivered straight to your inbox.

SUBSCRIBE




US AUTHORITIES DETAINED THE TANKER MARINERA (NOW ERA) IN JANUARY FOLLOWING A WEEKS-LONG PURSUIT ACROSS THE ATLANTIC INVOLVING THE US NAVY AND COAST GUARD.

*Source: Peter Summers / Getty Images*