# EXHIBIT D

(/fi/data/?asset_type=vessels&flag_in=KM|null) **ERA**

(/fi/data/?asset_type=vessels&ship_type_in=8|Tankers) *Crude Oil Tanker IMO: 9230880*

Overview (/fi/ais/details/ships/shipid:711469#overview) Port call log (/fi/ais/details/ships/shi

## Tiedot matkasta




Näytä kartalla

Leaflet (https://leafletjs.com) | © Mapbox (https://www.mapbox.com/map-feedback/) © OpenStreetMap (https://www.openstreetmap.org/copyright)

| Departure from Rajaei | Arrival at Galle |
|---|---|
| **IR SRP (/fi/ais/details/ports/1618)** | **LK GAL (/fi/ais/details/ports/18868)** |
| Actual time of departure: 2025-03-17 14:51 (UTC+3) | Reported ETA: 2026-10-12 22:00 (UTC+5) |

Past track

Route forecast (/fi/ais/home/shipid:711469/tracktype:6)

Locked content

**Upgrade your account to unlock this**

Upgrade

## Businesses

### At arrival location

Sri Lanka Shipping Company Limited
Port Agents
(/fi/maritime-companies/profile/76185/)

Tango Shipping Agency
Port Agents

(/fi/maritime-companies/profile/69206/)

STA Contracting Inc.
Security
(/fi/maritime-companies/profile/45436/)

SHA MARINE SERVICES (PVT) LTD
Ship Services / Suppliers
(/fi/maritime-companies/profile/112486/)

A N A Marine Agencies (Pvt) Ltd
Port Agents
(/fi/maritime-companies/profile/111267/)

**View full list (/fi/maritime-companies/directory/port:18868)**

## Near the vessel

Sri Lanka Shipping Company Limited
Port Agents
(/fi/maritime-companies/profile/76185/)

Tango Shipping Agency
Port Agents
(/fi/maritime-companies/profile/69206/)

STA Contracting Inc.
Security
(/fi/maritime-companies/profile/45436/)

SHA MARINE SERVICES (PVT) LTD
Ship Services / Suppliers
(/fi/maritime-companies/profile/112486/)

A N A Marine Agencies (Pvt) Ltd
Port Agents
(/fi/maritime-companies/profile/111267/)

**View full list (/fi/maritime-companies/directory/port:18868)**

## Summary

### Where is the ship?

Crude Oil Tanker **ERA** is currently located in the **Laccadive Sea** (reported **3 minutes ago**)

### What kind of ship is this?

**ERA** (IMO: 9230880) is a **Crude Oil Tanker** Her length overall (LOA) is 332.99 meters and her width is 60 meters.

## General




Lähetä kuva View all (16) (/fi/photos/of/ships/shipid:711469/shipname:ERA)

| | |
|---|---|
| Name | **ERA** |
| Maa (lippu) | **null** |
| IMO | **9230880** |
| MMSI | **-** |
| Kutsumerkki | **-** |
| AIS transponder class | **Class A** |
| General vessel type | **Tanker - Hazard D (Recognizable)** |
| Detailed vessel type | **Crude Oil Tanker** |
| Service Status | ***Upgrade to unlock*** |
| Port of registry | ***Upgrade to unlock*** |
| Rakennusvuosi | ***Upgrade to unlock*** |

## Latest AIS information

| | |
|---|---|
| Navigational status | **At Anchor** |
| Position received | **3 mins ago** |

| | |
|---|---|
| Vessel's local time | **2026-10-19 05:59 (UTC+5)** |
| Pituusaste/Leveysaste | ***Upgrade to unlock*** |
| Nopeus | **0 kn** |
| Suunta | **338 °** |
| True heading | **247 °** |
| Rate of turn | **0 °/min** |
| Syväys | **11 m** |
| Reported destination | **LK GAL** |
| Matched destination | **Galle, SRI LANKA** |
| Reported ETA | **2026-10-12 22:30 (UTC+5.5)** |
| AIS vessel type | **Tanker - Hazard D (Recognizable)** |
| AIS Lähde | **Terrestrial** |

## Notes

Locked content

**Upgrade your account to unlock this**

**Upgrade**