# EXHIBIT F

# E X H I B I T- F
# PROCEDURES FOR DEMOLITION VESSEL AT CHATTOGRAM

## 1. Declaration:

1.1. Vessel is to be declared to Chittagong Port Authority at least five days prior to arrival as per rules. The following details are required for declaration purpose:

a) GT
b) NT
c) DWT
d) Arrival Draft
e) LOA
f) Flag
g) Name & address of Owners
h) Name & address of the P&I Club
i) Master's Name
j) Last Port of Call.

### 1.2. Free Pratique:

An application by the Port Agent is to be filed to the Office of Port Health Officer, Government of Bangladesh, Chattogram, Bangladesh, together with following documents signed by master of vessel:

a) Maritime Declaration of Health
b) Crew List.
c) List of last 10 Ports of call.

Upon perusal of the above documents, the Port Health Officer issues a clearance granting restricted Free Pratique to vessel and allow Customs Officer, Agent, Surveyor etc. to embark vessel at the Outer Anchorage.

1.3 Vessels arriving at Chattogram port for demolition must anchor north of ‘Alpha’ Anchorage area and must drop anchor in consultation with Chittagong Port radio control.

1.4 Vessel is required to report the health condition of the crew members to Chittagong port Radio Control by VHF Channel 12 or 16

## 2. Import General Manifest:

### 2.1. Filling of Prior Entry Import General Manifest:

Application for acceptance of Prior Entry Import General Manifest is to be filed to the Custom Authority by the port agent prior to 24 hours of arrival of vessel for the purpose of

allocating a Customs Reference Number known as “Registration Number”. This is an Identification Number allocated for the concerned vessel and the Identification Number is to be used in all subsequent correspondence/documents/transactions. The prior entry IGM is submitted online ASYCUDA System.

It is required by Custom Authority that the following documents are submitted by the port agent at the time of filing of supplementary Import General Manifest.

a) Copy of Letter of Credit opened by End Buyer in Bangladesh.
b) Copy of No Objection Certificate/Permission issued by Ministry of Industries.
c) Copy of MOA with End Buyers in Bangladesh.
d) Copy of Clearance Certificate issued by Department of Environment in favor of the End Buyer in Bangladesh.

**2.2. Filing of Final Entry Import General Manifest/Supplementary Manifest**

The Final Entry application is required to be filed to the customs authority by the port agent within 24 hours of arrival in Chittagong Port limit. For the purpose of acceptance of Final Entry Import General Manifest/supplementary manifest by the Customs Authority, the following documents must be submitted:

1.Certificate of appointment of agent signed by master.
2.Inward Clearance from Shipping master’s office.
3.Last Port clearance.
4.Certificate of no opium and dangerous drugs signed by master.
5.Certificate of declaration of Load Line Distance & Upper Deck from master.
6.Arrival report as per customs prescribed format.
7.Certificate of retention cargo manifest signed by master.
8.Store List as prescribed by customs authority signed by master.

## 3. <u>Boarding</u>

On arrival of the vessel at Chittagong Outer Anchorage, the Customs Revenue Officer, Rummage Team, Surveyor, Gas Free Inspector (for Tankers), Buyers Rep & Buyers Watchmen including port agent’s Representative will board vessel and port agent makes the arrangements for boarding of vessel at the outer anchorage for the purpose of inward clearance formalities.

3.1 **Documents required from vessel for inward clearance purpose are as follows**:

```
01. CREW LIST                          :12 COPIES
02. CREW PERSONAL EFFECTS DECLARATION  : 8 "
03. CREW CURRENCY DECLARATION          : 8 "
04. SHIP'S CURRENCY DECLARATION        : 8 "
05. SHIP'S STORES DECLARATION (PROVISION) : 6 "
06. SHIP'S STORES DECLARATION (ENGINE) : 6 "
```

```
07. SHIP'S STORES DECLARATION (DECK)    : 6 "
08. SHIP'S STORES DECLARATION           : 6 "
    (ELECTRONIC EQUIPMENT & INSTRUMENTS)
09. SHIP'S STORES DECLARATION (BOND)    : 6 "
10. LIST OF CONTROLLED DRUGS            : 6 "
11. NIL LISTS                           : 6 "
12. SHIP PARTICULARS                    : 6 "
13. lIST OF CYLINDERS                   : 6 "
14. LIST OF CHEMICALS                   : 6 "
15. LIST OF PAINTS                      : 6 "
```

In addition to the above, the following documents are also required:

01. TRIM & STABILITY BOOK
02. CAPACITY PLAN
03. SHELL EXPANSION PLAN
04. G A PLAN
05. PROPELLER CERTIFICATE.
06. LAST PORT CLEARANCE (IN ORIGINAL)
07. DECLARATION OF BALLAST WATER EXCHANGE REPORT – COPY (2 SETS)
08. SHIP'S REGISTRY -COPY (2 SETS)
09. SHIP'S STATION LICENCE -COPY (2 SETS)
10. CARGO SHIP SAFETY CONSTRUCTION CERTIFICATE - COPY(2 SETS)
11. INTERNATIONAL LOAD LINE CERTIFICATE -COPY (2 SETS)
12. CARGO SHIP SAFETY EQUIPMENT CERTIFICATE -COPY (2 SETS)
13. CARGO SHIP SAFETY RADIO CERTIFICATE -COPY (2 SETS)
14. INTERNATIONAL OIL POLLUTION PREVENTION CERTIFICATE -COPY (2 SETS)
15. SAFE MANNING CERTIFICATE –COPY (2 SETS)
16. SAFETY MANAGEMENT CERTIFICATE – COPY (2 SETS)
17. DOCUMENT OF COMPLIANCE – COPY (2 SETS)
18. INTERNATIONAL TONNAGE CERTIFICATE - COPY. (2 SETS)
19. INTERNATIONAL AIR POLLUTION PREVENTION CERTIFICATE - COPY. (2 SETS)
20. SEAWAGE POLLUTION CERTIFICATE - COPY. (2 SETS)
21. CLASS CERTIFICATE - COPY. (2 SETS)
22. INTERNATIONAL OIL POLLUTION PREVENTION CERTIFICATE – COPY (2 SETS)
23. INTERNATIONAL SEWAGE POLLUTION PREVENTION CERTIFICATE – COPY (2 SETS)
24. INTERNATIONAL SHIP SECURITY CERTIFICATE – COPY (2 SETS)
25. CERTIFICATE OF INSURANCE FOR BUNKER OIL POLLUTION – COPY (2 SETS)
26. INTERNATIONAL ANTI-FOULING SYSTEM CERTIFICATE – COPY (2 SETS)
27. CONTINUOUS SYNOPSIS RECORD – COPY (2 SETS)
28. LAST PORT STATE CONTROL INSPECTION REPORT – COPY (2 SETS)
29. EPIRB CERTIFICATE – COPY (2 SETS)

In addition to above, three copies of Stores List, in customs prescribed format must be filled-in on arrival, blank copies are presented by boarding agent.

## 4. Excluded Items

If any item is excluded from sale and is to be landed at Chittagong for subsequent air-freight or sea-freight to another destination, the same will be subject to transhipment formalities/permit. Such excluded items are also to be declared at page 13 of Customs Stores List. Any excluded items to be landed from vessel must be supported by MOA terms. Whilst

preparing list of Excluded Items for customs purpose, the excluded items are to be described exactly as described in MOA.

## 5. Clearance Certificate

Usually, the following clearance certificates are required to be obtained prior to tendering Notice of Readiness on behalf of the seller to the buyer; from the local authorities:

1. Import General Manifest duly accepted by Customs
2. Light Dues Payment Receipt
3. Port No Objection Certificate
4. Rummage Certificate (Please see item 10 below)
5. Gas Free Certificate (For Tankers) only
6. Any other certificate/document as required by MOA terms, such as:

    a) Certificate from Vendors' Agent stating that they have no claims against the vessel at the time of delivery and that there are no pending port dues.
    b) Letter from the Master of the vessel confirming that all crew wages and dues including repatriation costs have been fully paid up to and including the date of delivery/ beaching and that the crew have no outstanding dues against the vessel.
    c) Certificate from the Master stating that the vessel had not carried nuclear waste or has any such hazardous material on board the vessel at the time of delivery to the Purchasers.
    d) Port clearance certificate from last Port.
    e) Inward entry clearance certificate from the Chittagong customs.
    f) Trim & Stability Booklet.
    g) Shell Expansion Plan
    h) Capacity Plan
    i) GA Plan.

It takes about 48 hours to obtain all above clearance certificates after boarding of vessel being completed.

## 6. Immigration Requirement

For the purpose of crew repatriation, a letter from Master to Immigration Authority, Chittagong, requesting to issue landing permit for repatriation of crew members as per crew list is required. In addition, all passports are required to be submitted to Immigration Authority. Photocopies of Seamen Books containing address details/Photo/Year of Birth/Date of Issue/Place of Issue /Date of Expiry are also required for submission to Immigration Authority. The same are collected on arrival of the vessel by the boarding agent.

FYKI, It has been notified by the Bangladesh Sea Port Immigration Authority that w.e.f. 01.03.2017 all Seafarers arriving Chittagong for joining Vessels and disembarking from

Vessels for repatriation, must physically appear before the Sea Port Immigration Officer for digital and biometric Data recording. This measure has been introduced as part of strengthening Security in the Port of Chittagong. The process needs time and involves land transports Costs.

## 7. Week-end holidays in Bangladesh

Friday and Saturday are weekend in Bangladesh, and all offices remain closed on those days.

## 8. Time difference

Bangladesh is Six hours ahead of UTC.

## 9. Anchoring

Upon arrival, vessel should proceed to Chittagong Outer Anchorage 'Alpha' where she will remain till physical delivery to the buyer.

### 10. Bunker Survey by customs Rummage team

Bunkers found ROB on arrival are subject to payment of duty and Taxes payable by the buyer. Bunkers for the purpose of Customs, include Fuel Oil, Diesel Oil and Lube Oil. As a customary practice, Customs Boarding and Rummage Team, upon arrival of vessel, carryout survey jointly with Chief Engineer and Buyer's Representative. Quantity ascertained in the joint Survey is taken by the Customs Authority as the quantity for the purpose of assessment of duty/Taxes. As per newly introduced procedures by the authority w.e.f. 01.07.2012, Report of Bunker Survey prepared by the customs officers deputed for Rummaging purpose is required to be attached to the Rummaging Certificate and this may delay the issuance of Rummage Clearance Certificate to some extent.

### 11. Boarding by Naval Authority/ Ministry of Industries/ Gas Free Inspector:

11.1 Where tanker is involved, Gas free inspector from the Explosive Department of Bangladesh Govt. is mandatorily appointed for the purpose of inspection of the cargo tanks, slop tanks, cofferdam etc. The Inspector issues gas free certificate if the tanks are found to be gas free. Appointment and boarding of the Inspector arranged by the port agent on behalf of the seller where seller is to provide gas free certificate before tendering NOR.

11.2 It is required by Regulations that the Buyer makes arrangements for boarding of following Government Agency Representatives:

a) Bangladesh Naval Authority Representative for marking Navigational Equipments.
b) Chittagong Dry Dock Authority Representative for inspection of Hazardous materials if any.

c) Inspector from Bangladesh Govt. Explosive Department for Gas Free inspection before beaching and again after beaching but before starting cutting.
d) Representatives of Bangladesh Govt. Environment Department.

These representatives may be boarding vessel at outer anchorage on different dates after arrival as per arrangements of the Buyer.

## 12. Beaching Tides

The Beaching of vessel takes place during high tide, depending on tide, beaching is planned by the buyer in consultation with the beaching master appointed by the buyer. The tides vary from day to day.

## 13. Arrival

Advisable that vessel arrives during daybreak or as convenient so that Boarding Party can board vessel as early as possible during day light hours. If vessel is drawing draft over 8M, then it is advisable that she approaches Chittagong Outer Anchorage 'Alpha' from Kutubdia anchorage during high tide.

## 14. Theft / Pilferage

14.1 Unless precautionary measures are taken, pirates come on board mainly for pilfering mooring ropes, Deck Stores etc. Advisable that watch is kept against rope thieves with hot water hoses stand by during passage from Kutubdia anchorage to Chittagong Outer Anchorage and during period of stay at Chittagong Outer Anchorage. They do not usually attack members of ship's staff.

14.2 Upon arrival at outer anchorage the buyer deputed watchmen, about 8 persons, board the vessel with permission from customs authority.

## 15. Arrival Report & Navigation Precaution

15.1Upon arrival at Chittagong Outer Anchorage, vessel should report arrival time, date, LOA, draft to Chittagong Port Control by VHF Channel 12 or 16 under advice to agent.

15.2 Strong under water current prevails at anchorage area. Hence vessel should navigate with care whilst approaching anchorage and Master is alerted to not attempt to cross bow of any anchored vessel. It is also necessary to maintain watches on bridge against possible drifting.

15.3 Following guidelines issued by Chittagong Port Authority for Masters approaching/Anchoring Chittagong Anchorage:

i) ANCHOR AT A SAFE DISTANCE FROM OTHER VESSELS AT ANCHOR.

ii) IF THE UNDER-KEEL CLEARANCE IS LESS THAN TWO METRES THERE IS A POSSIBILITY THAT YOU WILL DRAG YOUR ANCHOR. THIS IS MORE PROMINENT DURING SPRING TIDES AND DURING MONSOONS. THE TIDE CAN BE AS STRONG AS 6 TO 7 KNOTS PER HOUR. PLEASE KEEP VIGILANT WATCH FOR DRAGGING ANCHOR. IN SUCH SITUATION PLEASE KEEP ENGINE READY FOR IMMEDIATE USE TO AVOID CONTACT WITH OTHER VESSEL.

iii) AS A PRECAUTION USE MORE CHAINS, KEEP YOUR ENGINE STANDBY ALL THE TIMES AND KEEP THE NOS. OF LIGHTER VESSEL ALONGSIDE TO MINIMUM.

iv) KEEP A GOOD ANTI THEFT LOOKOUT AND EMPLOY WATCHMEN ONBOARD.

v) WHEN MANEUVERING FOR ANCHORING OR PICKING PILOT NEVER ATTEMPT TO CROSS OTHER VESSEL BOW AT CLOSE RANGE. PLEASE REMEMBER THE CURRENT HERE IS VERY VERY STRONG. YOU MAY RIDE ON OTHERS CABLE.

vi)WHILE AT ANCHOR NEVER KEEP ANY LOOSE MOORING ROPE/GEAR ON DECK AND DO NOT ALLOW UNAUTHORIZED CRAFT ALONGSIDE YOUR SHIP. BARTER TRADE IS PROHIBITED IN THE PORT.

**16. <u>Chittagong Port Limit</u> :**

The Harbour Master, Chittagong Port Authority, Chittagong has notified vide Gazette Notification dated 21 January 2019 that Limits of the Chittagong Port has been extended as per the Schedule stated in the notification attached herewith.

**17. Physical Delivery:**

17.1Vessel is physically delivered to the buyer whilst she is lying at the outer anchorage alpha. Physical delivery takes place after the buyer has released the payment to the seller under the letter of credit.

17.2 Once vessel is physically delivered, title and ownership of the vessel stands transferred to the buyer. A Protocol of Delivery and Acceptance is executed and signed by the seller and buyer.

18**.Customs Duty and taxes payment:**

Duty and taxes are levied by customs authority on vessel imported for demolition. These are paid by buyer, the payment of duty and taxes is processed through the customs bill of entry, once the bill of entry is out passed by the customs authority, the buyer is free to beach the vessel provided that physical delivery has been given.

19.**<u>Commuting</u>**

The vessel stays at Chittagong Outer Anchorage and it may involve 1 to 2 hour's time between shore and the vessel at anchorage for transportation. Such movement not advisable from safety point of view.

## 21.Crew repatriation

Immigration clearances as well as customs authority clearances are required and a customs officer will escort the crew members and their baggages from ship to the airport at Chittagong. The baggages of the crew are sealed by the customs officer after landing but prior to departure for Dhaka.

All crew members except the beaching crew together with all the baggages are disembarked from the vessel at outer anchorage on the day of beaching. The beaching crew are disembarked via the beaching yard.

22.**Beaching permission:**

22.1No vessel can be beached without beaching permission being granted by the port and customs authorities.

22.2 Beaching permission is granted by the authorities upon application being made by the buyer and on being satisfied that all port charges, dues and customs duty and taxes have been paid and vessel physically delivered.

## 23.Beaching Master and beaching Draft

Buyer's beaching Master boards vessel on day of arrival or on following day and will guide the Master as to the draft required or draft to be adjusted. He will require Ballast Water Tank Report signed by Master.

## 24.Beaching Yard

The beaching yard is situated further north of Chittagong Outer Anchorage 'alpha' in the area called Sitakund and it takes about 2/3 hours steaming from outer anchorage to the position of beaching yard.