# EXHIBIT G

**VESSELS DUE AT OUTER ANCHORAGE:**
**DATED: 15/10/2026:**

# THE CHITTAGONG PORT AUTHORITY

## MARINE DEPARTMENT

## LIST OF VESSELS AS PER DECLARATION MADE BY LOCAL AGENT:

www.cpa.gov.bd

| SL. NO. | NAME OF VESSELS | LENGTH | DRAFT | DATE OF ARRIVAL | GRT | L.PORT CALL | FLAG | LOCAL AGENT | LINE BELONG TO | CARGO CARRIED | TYPE OF CARGO | LOADING PORTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LYNUX WISDOM(IMO:9875628) | 199.90 | 6.0 | 15/10/26 | 36106 | SING | MARSH | NRSEA | CHARTERED VESSEL | BALLAST | OWNER INSTRUCTION | |
| 2 | ZAHAB JAHAN(IMO:9217682) | 189.83 | 12.1 | 15/10/26 | 26067 | KOHS | BD | SRSL | SR SHIPPING LTD | 44300 | C.CLINK ✓ | - |
| 3 | PHC SURYA(IMO:9654476) | 118.00 | 7.9 | 15/10/26 | 7689 | JURONG | PANA | GALLANT | CHARTERED VESSEL | 9006 | GI(SCRAP) ✓ | - |
| 4 | STAR VIRGINIA(IMO:9698874) | 229.00 | 12.5 | 15/10/26 | 43278 | TARA | LIBE | QNS | CHARTERED VESSEL | 62250 | COAL | - |
| 5 | MIURA(IMO:8910902) | 223.99 | 6.7 | 15/10/26 | 45032 | DHAM | THAI | INTERPORT | CHARTERED VESSEL | BALLAST | FOR BUNKERING | |
| 6 | MSC AEBIN(CONT)06/09(IMO:9966996)(GL) | 172.00 | 9.5 | 15/10/26 | 21979 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | 1161/1600 | CONT | L/.SING |
| 7 | LFG ACE(IMO:9605724) | 200.00 | 13.0 | 15/10/26 | 35297 | SING | LIBE | JMC | CHARTERED VESSEL | 58630 | COAL | - |
| 8 | OCEAN DILIGENCE(IMO:9967134) | 199.90 | 13.2 | 15/10/26 | 35716 | VANCO | MARSH | ASIABULK | CHARTERED VESSEL | 6170 | WHEAT | - |
| 9 | CENTURY ZHENGZHOU(IMO:1015337) | 199.85 | 13.3 | 16/10/26 | 35651 | RICH | LIBE | UNIOCEAN | CHARTERED VESSEL | 60499 | COAL | - |
| 10 | SHAMAYEL(COASTAL VSL.)(IMO:9763382) | 82.00 | 4.2 | 16/10/26 | 2790 | KOL | BD | ALVI | ARIYAN TRADER LTD. | 82 | CONT | - |
| 11 | MSC PAXI II(CONT)27/09(IMO:9256391) | 175.00 | 9.5 | 16/10/26 | 18344 | COL | LIBE | MSC | MEDITERRANEAN SHIP | - | CONT | L/.COL |
| 12 | SITC CHANGMING(CONT)24/09(IMO:9941051)(GL) | 185.99 | 10.0 | 16/10/26 | 29274 | P.KEL | HONG | SITC(BD) | SITC CONTAINER LINES LTD | 1771/2000 | CONT | L/.YANG |
| 13 | MSC SOMIN(CONT)20/09(IMO:9967029)(GL) | 172.00 | 9.5 | 16/10/26 | 21979 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | 1230/1600 | CONT ✓ | L/.SING |
| 14 | OCEAN FORTUNE(IMO:9727077) | 179.99 | 9.4 | 16/10/26 | 22385 | TAICHU | HONG | INCHCAPE | CHARTERED VESSEL | 29909 | GI ✓ | - |
| 15 | HR BALU(CONT)03/09(IMO:9266114)(GL) | 171.99 | 9.7 | 17/10/26 | 17153 | SING | BD | CTS | KARNAPHULI LIMITED | 1154/1400 | CONT | L/.P.KEL |
| 16 | CNC PADMA(CONT)20/09(IMO:9676199) | 185.00 | 9.5 | 17/10/26 | 25165 | SING | CYP | APL | APL (BD) LTD | - | CONT | L/.SING |
| 17 | AMOUREUX(CONT)01/10(IMO:9951161)(GL)(PCT) | 172.07 | 9.5 | 17/10/26 | 17785 | SING | LIBE | APL | APL (BD) LTD | - | CONT | L/.SING |
| 18 | YU JIA(IMO:9283849) | 161.21 | 9.5 | 24 17/10/26 | 16954 | TIAN | PANA | RENU | CHARTERED VESSEL | 24596 | GI ✓ | - |
| 19 | ROYAL IMAGE(IMO:9339959) | 189.99 | 12.6 | 17/10/26 | 31247 | MUARA | BD | USL | CHARTERED VESSEL | 54400 | COAL | - |
| 20 | GR ATHENS(IMO:9584205) | 179.90 | 10.5 | 17/10/26 | 20969 | S.HAI | CHINA | INCHCAPE | CHARTERED VESSEL | 30715 | GI ✓ | - |
| 21 | PIONEER HARMONY(IMO:9652375) | 157.03 | 9.7 | 17/10/26 | 16088 | SUNG | PANA | USL | CHARTERED VESSEL | 16259 | WOOD PULP ✓ | - |
| 22 | MALAYSIA STAR(RORO/24HRS.)(IMO:9032331) 0200 | 151.60 | 5.6 | 17/10/26 | 16839 | SING | MALA | ASCL | CHARTERED VESSEL | 604+7 | VEHCILE | - |
| 23 | MSC SIJING(CONT)16/09(IMO:9967017)(GL) | 172.00 | 9.5 | 19 18/10/26 | 21979 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | 1139/1600 | CONT | L/.SING |
| 24 | CALA PAGURO(CONT)07/10(IMO:9412787) | 171.99 | 9.5 | 18/10/26 | 17518 | SING | LIBE | APL | APL (BD) LTD | - | CONT | L/.SING |
| 25 | FITZ ROY(CONT)07/10(IMO:9516739) | 175.47 | 8.0 | 18/10/26 | 18358 | SING | LIBE | CT | COSCO SHIPPING LINES | - | CONT | L/.SING |
| 26 | ZHE HAI 1(IMO:9567489) | 179.90 | 10.8 | 18/10/26 | 22295 | NAMI | HONG | MAPLE | CHARTERED VESSEL | 23109 | LOG ✓ | - |
| 27 | SOL RELIANCE(CONT)06/10(IMO:9412854)(GL) | 169.99 | 9.5 | 19/10/26 | 17194 | SING | SING | GBX | STRAITS ORIENT LINES | - | CONT | L/.SING |
| 28 | HAI YUN(CONT)08/10(IMO:9744659)(GL) | 169.99 | 9.5 | 19/10/26 | 18809 | SING | SING | SEACON | XPRESS FEEDER SING | - | CONT | L/.COL |
| 29 | MSC SUJIN(CONT)23/09(IMO:9966958)(GL) | 172.00 | 9.5 | 19/10/26 | 21979 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | 1139/1600 | CONT | L/.SING |
| 30 | SOL RESILIENCE(CONT)05/10(IMO:9266102)(GL) | 171.99 | 9.5 | 19/10/26 | 17153 | COL | PANA | GBX | STRAITS ORIENT LINES | - | CONT | L/.COL |
| 31 | HR SAHARE(CONT)08/10(IMO:9157399)(GL) | 184.51 | 8.5 | 19/10/26 | 16772 | COL | BD | CTS | KARNAPHULI LIMITED | - | CONT | L/.COL |
| 32 | AS SICILIA(CONT)01/10(IMO:9430935) | 179.74 | 9.4 | 19/10/26 | 21998 | NANSA | PORTU | MSC | MSC MEDITERRANEAN SHIP | - | CONT | L/.SING |
| 33 | MAERSK SIHANOUKVILLE(CONT)07/10(IMO:9840714) | 185.99 | 9.5 | 20/10/26 | 32828 | TANJ | SING | MBDL | MAERSK ASIA PTE LTD | - | CONT | L/.TANJ |
| 34 | HR RHEA(CONT)01/10(IMO:9175597)(GL) | 182.83 | 8.5 | 20/10/26 | 17652 | SING | BD | CTS | KARNAPHULI LIMITED | - | CONT | L/.P.KEL |
| 35 | MSC KYMEA II(CONT)01/10(IMO:9334832) | 176.91 | 9.4 | 20/10/26 | 18480 | SING | LIBE | MSC | MSC MEDITERRANEAN SHIP | - | CONT | L/.SING |
| 36 | MSC AGGELIKI II(CONT)08/10(IMO:9357846) | 176.91 | 9.4 | 20/10/26 | 18480 | COL | LIBE | MSC | MSC MEDITERRANEN SHIP | - | CONT | L/.COL |
| 37 | MAERSK MONGLA(CONT)08/10(IMO:9840738)(PCT) | 185.99 | 9.5 | 20/10/26 | 32828 | TANJ | SING | MBDL | MAERSK ASIA PTE LTD | - | CONT | L/.TANJ |
| 38 | CELSIUS ESSEN(CONT)11/10(IMO:9969936)(GL) | 185.90 | 9.5 | 20/10/26 | 29623 | COL | MARSH | SEACON | XPRESS FEEDER SING | - | CONT | L/.COL |
| 39 | MTT PELEPAS(CONT)07/10(IMO:9974228)(GL) | 172.00 | 9.5 | 20/10/26 | 18680 | COL | MALA | SEACON | XPRESS FEEDER SING | - | CONT | L/.COL |
| 40 | MEGHNA PRESTIGE(IMO:9928839) | 199.99 | 13.5 | 20/10/26 | 38051 | TARA | BD | QNS | CHARTERED VESSEL | 63800 | COAL | - |
| 41 | PORT SHANGHAI(IMO:9423528) | 189.99 | 13.2 | 20/10/26 | 32415 | TARA | MARSH | QNS | CHARTERED VESSEL | 56823 | COAL | - |
| 42 | HMM MONGLA(CONT)07/10(IMO:9658446) | 184.99 | 9.0 | 21/10/26 | 25145 | S.HAI | KOREA | OIL | HYUNDAI MERCHANT | - | CONT | L/.SING |
| 43 | KOTA RANCAK(CONT)08/10(IMO:9296298)(GL) | 145.93 | 8.0 | 21/10/26 | 9678 | SING | SING | PIL(BD) | PACIFIC INTER LINES | - | CONT | L/.SING |
| 44 | GLORY LIGHT(CONT)11/10(IMO:8593297)(GL) | 140.00 | 6.5 | 22/10/26 | 8170 | P.KEL | PANA | RELIENCE | OCEAN SALUTE SHIPPING | - | CONT | L/.P.KEL |
| 45 | DUCHESS LILY(IMO:9996977) | 228.99 | 12.5 | 22/10/26 | 43672 | TARA | PANA | QNS | CHARTERED VESSEL | 62500 | COAL | - |
| 46 | SITC RUIMING(CONT)24/09(IMO:9941087)(GL) | 185.99 | 9.5 | 23/10/26 | 29426 | YANG | HONG | SITC(BD) | SITC CONTAINER LINES LTD | - | CONT | L/.YANG |
| 47 | YM HAWK(CONT)11/10(IMO:9299317)(GL) | 168.80 | 8.5 | 23/10/26 | 15167 | SING | TAIW | TML | YANG MING MARINE | - | CONT | L/.SING |
| 48 | CANG HAI(CONT)13/10(IMO:9678630) | 169.99 | 9.5 | 23/10/26 | 18871 | COL | LIBE | SEACON | XPRESS FEEDER SING | - | CONT | L/.COL |
| 49 | TONG YUN 17(CONT)11/10(IMO:1086685)(GL) | 128.30 | 5.0 | 24/10/26 | 7666 | P.KEL | PANA | RELIENCE | OCEAN SALUTE SHIPPING | - | CONT | L/.P.KEL |

CamScanner

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | HR HERA(CONT)05/10(IMO:9175614)(GL) | 182.83 | 8.5 | 24/10/26 | 17652 | SING | BD | CTS | KARNAPHULI LIMITED | - | CONT | U.P. |
| 51 | LITTLE WARRIOR(CONT)08/10(IMO:9555242)(GL) | 171.90 | 8.5 | 24/10/26 | 18848 | COL | LIBE | VISION | CHARTERED VESSEL | - | CONT | U.COL |
| 52 | SMOOTH VENTURE(CONT)13/10(IMO:9550319)(PCT) | 171.99 | 9.5 | 24/10/26 | 17280 | SING | LIBE | APL | APL (BD) LTD | - | CONT | U.SING |
| 53 | MOUNT CAMERON(CONT)30/04(IMO:9760598) | 169.99 | 9.5 | 25/10/26 | 18870 | SING | HONG | SEACON | XPRESS FEEDER SING | - | CONT | U.SING |
| 54 | DEVON(CONT)04/05(IMO:9406843) | 147.82 | 9.0 | 25/10/26 | 9957 | COL | PORTU | SEACON | XPRESS FEEDERS SING | - | CONT | U.COL |
| 55 | TC SYMPHONY(CONT)06/09(IMO:9318242)(GL) | 148.53 | 8.5 | 25/10/26 | 10384 | COL | VIET | SEACON | XPRESS FEEDER SING | - | CONT | U.COL |
| 56 | MSC MAKOTO II(CONT)26/07(IMO:923621)(GL) | 175.49 | 9.5 | 25/10/26 | 18283 | COL | LIBE | MSC | MEDITERRANEAN SHIP | - | CONT | U.COL |
| 57 | MSC EYRA II(CONT)24/08(IMO:9435222) | 175.00 | 9.4 | 25/10/26 | 18480 | COL | LIBE | MSC | MSC MEDITERRANEAN | - | CONT | U.COL |
| 58 | IRIS PAOAY(CONT)01/06(IMO:9327592) | 147.87 | 9.45 | 25/10/26 | 9957 | SING | PHILIP | APL | APL (BD) LTD | - | CONT | U.SING |
| 59 | SPIRIT OF BERTRAM(CONT)04/06(IMO:9673642)(GL) | 169.99 | 9.5 | 25/10/26 | 18826 | COL | PORTU | APL | APL (BD) LTD | - | CONT | U.COL |
| 60 | HAIAN WEST(CONT)24/09(IMO:9357860) | 171.99 | 9.5 | 25/10/26 | 18327 | SING | VIET | APL | APL (BD) LTD | - | CONT | U.SING |
| 61 | SOL PROMISE(CONT)04/10(IMO:9363156)(GL) | 182.52 | 9.5 | 25/10/26 | 18102 | COL | PANA | GBX | STRAITS ORIENT LINES | - | CONT | U.COL |
| 62 | SOL MALAYSIA(CONT)11/10(IMO:9081019)(GL) | 167.00 | 9.0 | 25/10/26 | 15741 | SING | SING | GBX | STRAITS ORIENT LINES | - | CONT | U.SING |
| 63 | MAERSK VLADIVOSTOK(CONT)12/10(IMO:9840697) | 185.99 | 9.5 | 25/10/26 | 32828 | TNAJ | PANA | MBDL | MAERSK ASIA PVT LTD | - | CONT | U.TANJ |
| 64 | HR TURAG(CONT)13/10(IMO:9175779)(GL) | 155.00 | 8.5 | 25/10/26 | 14063 | COL | BD | CTS | KARNAPHULI LIMTED | - | CONT | U.SING |
| 65 | KOTA DUNIA(CONT)14/09(IMO:9483475)(GL) | 115.30 | 7.5 | 26/10/26 | 6245 | SING | SING | PIL(BD) | PACIFIC INTERLINES | - | CONT | U.SING |
| 66 | SOL PRIME(CONT)12/10(IMO:9278985)(GL) | 161.85 | 8.9 | 26/10/26 | 13267 | COL | PANA | GBX | STRAITS ORIENT LINES | - | CONT | U.COL |
| 67 | HR SARERA(CONT)14/10(IMO:9157404)(GL) | 184.51 | 8.5 | 26/10/26 | 16772 | COL | BD | CTS | KARNAPHULI LIMITED | - | CONT | U.COL |
| 68 | MAERSK BINTULU(CONT)13/10(IMO:9840702) | 185.99 | 9.5 | 27/10/26 | 32828 | TANJ | SING | MBDL | MAERSK ASIA PTE LTD | - | CONT | U.TANJ |
| 69 | MAERSK BINTULU(CONT)14/10(IMO:9858709) | 186.00 | 9.5 | 27/10/26 | 32965 | TANJ | SING | MBDL | MAERSK ASIA PTE LTD | - | CONT | U.TANJ |
| 70 | SITC SHENGMING(CONT)24/09(IMO:9941063)(GL) | 185.99 | 9.5 | 28/10/26 | 29274 | YANG | HONG | SITC(BD) | SITC CONTAINER LINES LTD | - | CONT | U.YANG |
| 71 | OLYMPIA(CONT)07/10(IMO:9765574)(GL) | 172.00 | 8.0 | 29/10/26 | 17907 | P.KEL | MARSH | CT | COSCO SHIPPING LINES | - | CONT | U.YPG |
| 72 | MTT SEMPORNA(CONT)08/10(IMO:9813888)(GL) | 159.89 | 9.5 | 30/10/26 | 13059 | COL | MALA | SEACON | XPRESS FEEDER SING | - | CONT | U.COL |
| 73 | BOX ENDEAVOUR(CONT)08/09(IMO:9706281)(GL) | 172.00 | 9.5 | 30/10/26 | 17907 | - | LIBE | CT(BD) | ORIENT OVERSEAS CONT | - | CONT | U.YPG |
| 74 | MSC KAVYA II(CONT)22/09(IMO:9348986) | 182.49 | 9.5 | 30/10/26 | 18017 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | - | CONT | U.SING |
| 75 | KOTA RAJIN(CONT)04/10(IMO:9296286)(GL) | 145.93 | 8.0 | 30/10/26 | 9678 | SING | SING | PIL(BD) | PACIFIC INTER. LINES | - | CONT | U.SING |
| 76 | MSC JENNA(CONT)07/10(IMO:9966960)(GL) | 172.00 | 9.5 | 30/10/26 | 21979 | S.HAI | LIBE | MSC | MEDITERRANEAN SHIP | - | CONT | U.QING |
| 77 | JT GLORY(CONT)07/10(IMO:9357858) | 175.55 | 8.0 | 30/10/26 | 18327 | P.KEL | SING | CT | COSCO SHIPPING LINES | - | CONT | U.YPG |
| 78 | SAWASDEE CHITTAGONG(CONT)08/10(IMO:9940758)(GL) | 172.00 | 9.5 | 30/10/26 | 18051 | S.HAI | MARSH | GLOBLINK | SINOKOR MERCHANT | - | CONT | U.SING |
| 79 | MSC AGGELIKI II(CONT)12/10(IMO:9357846) | 176.91 | 9.4 | 30/10/26 | 18480 | COL | LIBE | MSC | MSC MEDITERRANEN SHIP | - | CONT | U.COL |
| 80 | CNC VENUS(CONT)30/09(IMO:9817884)(GL) | 172.00 | 9.45 | 31/10/26 | 19035 | SING | MALT | APL | APL (BD) LTD | - | CONT | U.SING |
| 81 | SONGA LEOPARD(CONT)07/10(IMO:9501772) | 179.70 | 9.5 | 01/11/26 | 21018 | SING | LIBE | APL | APL (BD) LTD | - | CONT | U.SING |
| 82 | SITC QIUMING(CONT)05/10(IMO:9932830)(GL) | 185.99 | 9.5 | 04/11/26 | 29232 | P.KEL | HONG | SITC(BD) | SITC CONTAINER LINES | - | CONT | U.YANG |
| 83 | HR FARHA(CONT)08/10(IMO:9123582)(GL) | 184.51 | 8.5 | 10/11/26 | 16772 | COL | BD | CTS | KARNAPHULI LIMITED | - | CONT | U.COL |
| 84 | CNC NEPTUNE(CONT)12/10(IMO:9836658)(GL) | 172.00 | 9.45 | 07/11/26 | 18652 | SING | SING | APL | APL (BD) PVT LTD. | - | CONT | U.SING |
| 85 | CMA CGM KINABALU(CONT)08/10(IMO:9696072) | 185.00 | 95 | 08/11/26 | 25165 | SING | MALT | APL | APL (BD) LTD | - | CONT | U.SING |
| 86 | MSC EMILY II(CONT)12/10(IMO:9236444) | 184.10 | 9.5 | 10/11/26 | 16802 | PTP | LIBE | MSC | MSC MEDITERREAN SHIP | - | CONT | U.PTP |
| 87 | MSC POLO II(CONT)12/10(IMO:9139086) | 184.06 | 9.5 | 12/11/26 | 16661 | COL | LIBE | MSC | MSC MEDITERRANEAN SHIP | - | CONT | U.COL |
| 88 | SAWASDEE XIAMEN(CONT)14/10(IMO:9940772)(GL) | 172.06 | 9.5 | 12/11/26 | 18051 | S.HAI | MARSH | GLOBLINK | SINOKOR MERCHANT MARINE | - | CONT | USING |

TANKER DUE:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WUDANG(IMO:9915909) | 295.00 | 11.2 | 15/10/26 | 114209 | CHINA | HONG | PRIDE | CHARTERED VESSEL | 65000 | LNG |
| 2 | HAFNIA KIRSTEN(IMO:9732682) | 183.20 | 11.0 | 15/10/26 | 29658 | SING | MALT | PRIDE | CHARTERED VESSEL | 33932 | GAS OIL |
| 3 | WEN CHENG(IMO:9892121) | 295.00 | 10.75 | 15/10/26 | 114668 | MOZAM | HONG | UNIGLOBAL | CHARTERED VESSEL | 63293 | LNG |
| 4 | MILAHA RAS LAFFAN(IMO:9255854) | 278.85 | 11.1 | 15/10/26 | 93226 | KHOR | MALT | UNIGLOBAL | CHARTERED VESSEL | 60564 | LNG |
| 5 | MEGHNA PRIDE(IMO:9308754) | 127.20 | 8.5 | 15/10/26 | 8351 | PADA | BD | USL | CHARTERED VESSEL | 11599 | RBD |
| 6 | EASTERN QUINCE(IMO:9379040) | 178.50 | 9.1 | 15/10/26 | 27989 | CHEN | PANA | AQUAT | CHARTERED VESSEL | 25500 | HSFO |
| 7 | SC GOLD OCEAN(IMO:9323807) | 180.00 | 8.4 | 17/10/26 | 25667 | MALA | PANA | PRIDE | CHARTERED VESSEL | 20000 | HSFO |
| 8 | DOLPHIN 01(IMO:9337834) | 127.20 | 8.9 | 17/10/26 | 8455 | INDO | PANA | UNIQUE | CHARTERED VESSEL | 12000 | RBD |
| 9 | CHANG HANG HONG TU(IMO:9379777) | 184.95 | 11.0 | 18/10/26 | 29578 | PENG | CHINA | MTSC | CHARTERED VESSEL | 35353 | GAS OIL |

AT KUTUBDIA/MATARBARI ANCHORAGE:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SVITZER CHITTAGONG(IMO:9843493)(R.1589) | - | 33.85 | BALLAST | 249 | BATAM | PANA | SEAWAVE | 07/04/23 AT 1100 | 5.0 | MLNG TERMINAL |
| 2 | SVITZER DHAKA(IMO:9820556) | - | 32.00 | BALLAST | 492 | BATAM | SING | SEAWAVE | R/A(28/09/23 AT 1700) | 3.0 | MLNG TERMINAL |
| 3 | SVITZER KHULNA(IMO:9820568) | - | 34.00 | BALLAST | 492 | BATAM | SING | SEAWAVE | 09/12/22 AT 0800 | 3.0 | MLNG TERMINAL |
| 4 | SVITZER RANGPUR(IMO:9820570)(R.1273) | - | 32.00 | BALLAST | 492 | BATAM | SING | SEAWAVE | 21/03/23 AT 1000 | 5.0 | MLNG TERMINAL |
| 5 | SVITZER FOXTROT(IMO:9592525) | - | 42.36 | BALLAST | 906 | KATTU | SING | SEAWAVE | 25/06/26 AT 0800 | 3.0 | MLNG TERMINAL |
| 6 | TUG SUMMIT PSA 1(IMO:9843510) | - | 32.00 | BALLAST | 492 | SING | SING | SEAWAVE | 08/03/24 AT 0830 | 3.5 | SLNG TERMINAL |
| 7 | TUG SUMMIT PSA 2(IMO:9843422) | - | 32.00 | BALLAST | 492 | SING | SING | SEAWAVE | 23/04/24 AT 1200 | 3.0 | SLNG TERMINAL |
| 8 | TUG SUMMIT PSA 3(IMO:9843534) | - | 32.00 | BALLAST | 492 | SING | SING | SEAWAVE | 02/07/24 AT 0900 | 3.5 | SLNG TERMINAL |

CS CamScanner

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | TUG SUMMIT PSA 4(IMO:9847229) | - | 50.00 | BALLAST | - | SING | SING | SEAWAVE | 28/08/23 AT 0930 | 3.0 | SLNG TERMINAL |
| 10 | TUG SUMMIT PSA 5(IMO:9854272) | - | 29.95 | BALLAST | - | SING | PANA | SEAWAVE | R/A(19/04 AT 1200) | 4.0 | SLNG TERMINAL |
| 11 | BARGE TITAN V(NO:39241621) | - | 36.58 | BALLAST | 283 | SING | TUVA | PRANTIK | 02/08/22 AT 0800 | 2.5 | A/. FOR OWNER INSTRUCTION |
| 12 | TUG ORION WB 2(IMO:9560314) | - | 24.96 | BALLAST | 243 | SING | NIUE | PRANTIK | 15/12/22 AT 1230 | 3.5 | - |
| 13 | BARGE AOM 1855(NO.:401195) | - | 52.67 | BALLAST | 923 | SING | SING | PRANTIK | 23/09/23 AT 0600 | 3.2 | - |
| 14 | BARGE AOM 1501(NO.:398504) | - | 52.67 | BALLAST | 746 | SING | SING | PRANTIK | 23/09/23 AT 0600 | 3.2 | - |
| 15 | BARGE MERMAID(NO.:394736)(Attach by High Court: 24/07/2023) | - | 100.59 | STONE | 4241 | KAKI | SING | VISION | 05/01/23 AT 1040 | 5.2 | 9800 |
| 16 | EXCELLENCE(IMO:9252539) | - | 277.00 | BALLAST | 93937 | SING | BELGIUM | UNIGLOBAL | 06/01/24 AT 0030 | 9.1 | FSRU |
| 17 | BARGE SAN HANG BO 211(NO.:010003000086) | - | 60.00 | BALLAST | 875 | OPL | CHINA | BROTHERS | 08/03/24 AT 1500 | 3.4 | A/. FOR OWNER INSTRUCTION |
| 18 | SUMMIT LNG(IMO:9322255) | - | 277.00 | - | 93901 | SING | BELGIUM | UNIGLOBAL | 10/07/24 AT 1900 | 9.3 | FSRU |
| 19 | DREDGER QIXIANGJIAO 69 | - | 28.00 | BALLAST | 2982 | OPL | CHINA | RESL | 09/03/25 AT 0800 | 5.2 | RE-EXPORT |
| 20 | TUG IKARI MARU NO. 5006(IMO:9221750) | - | 27.85 | BALLAST | 199 | BATA | BELIZ | PRANTIK | 30/03/26 AT 0700 | 2.6 | - |
| 21 | DREDGER NO.3 SUEZ(NO.563030580) | - | 88.12 | BALLAST | 4516 | BATA | JAPAN | PRANTIK | 01/04/26 AT 0830 | 5.53 | - |
| 22 | APJ SHIRIN(IMO:9491408) | - | 189.99 | COAL | 32987 | TARA | PANA | QNS | 22/09/26 AT 2124 | 12.72 | 55000 |
| 23 | LIANXING(IMO:9213569) | - | 225.00 | GYPSUM | 39285 | SALALA | PANA | SEAPOWER | 28/09/26 AT 2200 | 13.9 | 72400 |
| 24 | MEGHNA ZENITH(IMO:9874961) | - | 199.98 | COAL | 35832 | P.KEL | BD | QNS | 04/10/26 AT 1630 | 13.3 | 60500 |
| 25 | AURORA(IMO:9302463) | - | 165.00 | BALL CALY | 16418 | LUMU | KIRIBATI | FMS | 05/10/26 AT 0130 | 9.6 | 25400 |
| 26 | MESAIEED(IMO:9975519) | - | 298.96 | LNG | 114321 | INDO | FRANCE | PRIDE | 05/10/26 AT 1100 | 12.0 | 65000 |
| 27 | NEW GALAXY(IMO:9478884) | - | 189.99 | COAL | 31244 | TARA | PORTU | BENCON | 25/09/26 AT 0330 | 12.84 | 54000 |
| 28 | AMIS GLORY(IMO:9731535) | - | 189.90 | COAL | 31557 | AFRICA | MARSH | UNIOCEAN | 07/10/26 AT 0425 | 12.7 | 53020 |
| 29 | ALBERTA(IMO:9729568) | - | 199.93 | COAL | 35884 | INDO | LIBE | QNS | 07/10/26 AT 1755 | 13.5 | 60614 |
| 30 | MBS TAISHI(IMO:9985693) | - | 199.90 | COAL | 35610 | TARA | SING | QNS | 08/10/26 AT 0720 | 13.6 | 62250 |
| 31 | LIANSON HERMES(IMO:9395240) | - | 189.00 | COAL | 31094 | SING | SING | JMC | 09/10/26 AT 0847 | 12.5 | 51300 |
| 32 | BETTER VICTORY(IMO:9483190) | - | 187.88 | DAP | 32672 | NEOM | PANA | SHORELINE | 08/10/26 AT 1910 | 11.43 | 10000 |
| 33 | BELFORTE(IMO:9853618) | - | 199.99 | COAL | 36463 | SING | SING | BENCON | 10/10/26 AT 0740 | 13.66 | 60500 |
| 34 | BRITTA OLDENDORFF(IMO:9853046) | - | 199.99 | COAL | 34909 | SING | PORTU | BENCON | 10/10/26 AT 0730 | 13.5 | 60300 |
| 35 | GASLOG SINGAPORE(IMO:9355604) | - | 285.10 | LNG | 97831 | ARUN | BERMU | INTERPORT | 11/10/26 AT 0600 | 11.0 | 67051 |
| 36 | CHAMPION POMER(IMO:9455739) | - | 194.99 | CDSO | 30638 | S.LOREN | MARSH | SAFESHIP | 11/10/26 AT 0840 | 11.3 | 35458 |
| 37 | BMC CATHERINE(IMO:9205639) | - | 153.50 | BALL CLAY & FELDSPAR | 14527 | P.KEL | PANA | FMS | 11/10/26 AT 1500 | 9.6 | 33000 |
| 38 | ANDROMEDA(IMO:9705110) | - | 199.90 | WHEAT | 36317 | SING | CYP | CHATTOGRAM | 12/10/26 AT 0415 | 13.7 | 61240 |
| 39 | WISE TEAM(IMO:9318369) | - | 225.00 | BALLAST | 40488 | INDO | PANA | QNS | R/A(11/10/26 AT 1800) | 6.5 | - |
| 40 | DESERT CHALLENGER(IMO:9699842) | - | 199.98 | COAL | 34686 | SING | GREE | BENCON | 13/10/26 AT 0005 | 13.8 | 59300 |
| 41 | MEGHNA ENERGY(IMO:9397872) | - | 189.90 | C.CLINK | 31236 | DONG | BD | USL | 13/10/26 AT 0630 | 12.8 | 21000(MONG.34550) |
| 42 | OPAL WEALTH(IMO:1016496) | - | 199.90 | SLAG | 36452 | SING | MARSH | AKSL | 13/10/26 AT 1240 | 13.51 | 60500 |
| 43 | CRYSTAL OASIS(IMO:9915806) | - | 225.90 | PROPANE & BUTANE | 49943 | DHAM | SING | USL | 14/10/26 AT 0640 | 9.2 | 7239 |
| 44 | HELENA K(IMO:9497854) | - | 190.00 | COAL | 33044 | RICH | LIBE | UNIOCEAN | 13/10/26 AT 1200 | 12.86 | 58670 |
| 45 | MARAN GAS DELPHI(IMO:9633173) | - | 294.20 | LNG | 103928 | P.LOUIS | BERMU | INTERPORT | 14/10/26 AT 0030 | 11.0 | 68416 |
| 46 | LOWLANDS SHARK(IMO:9674787) | - | 176.50 | GI(SCRAP) | 21718 | BRIS | MARSH | SRSL | 12/10/26 AT 1330 | 9.25 | 27000 |
| 47 | AP ASTAREA(IMO:9475777) | - | 190.00 | COAL | 31598 | P.KEL | MARSH | AASHIP | 14/10/26 AT 1600 | 12.8 | 21000 |
| 48 | OCEAN CONQUEROR(IMO:9750490) | - | 199.90 | LIMESTONE | 36452 | P.KEL | MARSH | AKSL | 14/10/26 AT 2030 | 13.5 | 60415 |
| 49 | ST. PAUL(IMO:9425863) | - | 189.99 | RAW SUGAR | 32296 | SANTO | MARSH | USL | 14/10/26 AT 2250 | 13.0 | 55900 |
| 50 | JIN BI(IMO:9626948) | - | 189.99 | COAL | 33057 | P.LOUIS | HONG | EVER | 15/10/26 AT 0130 | 13.08 | 54003 |
| 51 | KATIKI POINT(IMO:1053949) | - | 199.90 | WHEAT | 35724 | SING | SING | IMS | 15/10/26 AT 0015 | 13.7 | 60500 |

**(B): VESSELS AT A/B/C ANCHORAGE**

**(B/1) VESSELS READY:**

| SL. NO. | NAME OF VESSEL | R/ON | LENGTH | CARGO | GRT | L.PORT | FLAG | LOCAL AGENT | ARRIVAL DATE & TIME | ANCHO -RAGE | DRAFT | QUANTITY/ REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *SINAR SIANTAR(CONT)(IMO:9970442)(GL) | 14/10 | 171.99 | CONT | 19944 | CHEN | LIBE | IPL | 14/10/26 AT 0250 | C | 9.8 | 1166/1600(L/.NING) |
| 2 | *MAERSK YOKOHAMA(CONT)(IMO:9966116)(GL) | 14/10 | 185.99 | CONT | 32416 | TANJ | SING | MBDL | 14/10/26 AT 0448 | - | 9.4 | 1617/1800(L/.TANJ) |
| 3 | *SANTA LOUKIA(CONT)(IMO:9634658) | 14/10 | 172.00 | CONT | 16889 | COL | MALT | APL | 14/10/26 AT 1245 | C | 9.5 | 1132/1400(L/.COL) |
| 4 | CNC JUPITER(CONT)(IMO:9836672)(GL) | 15/10 | 172.00 | CONT | 18652 | SING | MALT | APL | 14/10/26 AT 0010 | C | 9.4 | 1209/1500(L/.P.KEL) |
| 5 | *KAISA(IMO:9543914) | 15/10 | 120.00 | DEF. CARGO | 9588 | MOMB | PANA | SHUNSHINE | 15/10/26 AT 0630 | - | 4.7 | 21/1203 |
| 6 | *NEPTUNE HP 66(IMO:9640413) | 15/10 | 179.90 | RICE(BAG)(G) | 20867 | KAKI | PANA | SSSL | 07/10/26 AT 1826 | - | 9.5 | 27000 |

CamScanner

(B/2): VESSELS NOT READY:

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SEA SPIKE(IMO:9629952) | - | 183.31 | GAS OIL | 29785 | SING | MARSH | PRIDE | 14/08/26 AT 1300 | A | 10.8 | 32980 |
| 2 | H7SFC1(IMO:9336323) | - | 124.80 | CONT | 5725 | RANONG | S.LEONE | BOL | 02/10/26 AT 1242 | C | 6.3 | 550 |
| 3 | UDDIPON EXPRESS(COASTAL VSL.)(IMO:9797503) | - | 76.00 | CONT | 2617 | KOL | BD | HRSL | 10/10/26 AT 1220 | C | 3.7 | 72 |
| 4 | BAM SANDY(IMO:9326914) | - | 182.90 | GAS OIL | 26751 | PARA | BARBA | MTSC | 06/10/26 AT 1456 | A | 10.2 | 33000 |
| 5 | MSC RIONA(CONT)(IMO:9144134) | - | 184.10 | CONT | 16801 | IND. | LIBE | MSC | 13/10/26 AT 2044 | - | 9.4 | 714/1500(L/.COL) |
| 6 | ZHUO HANG GUANG RONG(IMO:9344112) | - | 184.95 | GAS OIL | 29588 | SING | MALA | PRIDE | 14/10/26 AT 0630 | A | 10.7 | 33000 |

(B/3): VESSELS AWAITING EMPLOYEMENT/INSTRUCTION:

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EIHO MARU NO 8(IMO:9257620) | - | 64.00 | BALLAST | 498 | JAPAN | TANZ | NAAF | 27/09/23 AT 0142 | A | 4.0 | - |
| 2 | TUG TB HOPE(IMO:9705835) | - | 25.06 | BALLAST | 180 | BATAM | BD | HSR | 03/07/24 AT 1210 | A | 3.6 | TOWING BARGE DB HARMONY |
| 3 | BARGE TB HARMONY(NO.:401360) | - | 73.15 | BALLAST | 2120 | BATAM | BD | HSR | 03/07/24 AT 1210 | A | 4.8 | A/. FOR OWNER INSTRUCTION |
| 4 | LPG SOPHIA(IMO:9175846) | - | 116.92 | BALLAST | 5473 | MONG | PANA | INTERPORT | 06/06/24 AT 0930 | V | 4.5 | - |
| 5 | SAN YANG 116(IMO:1132783) | - | 66.80 | BALLAST | 991 | HAIKOU | SAOTOME | SEAKING | 25/11/25 AT 0800 | C | 3.32 | A/. FOR OWNER INSTRUCTION |
| 6 | SAN YANG 156(IMO:1132795) | - | 72.00 | BALLAST | 1075 | P.KEL | SAOTOME | SEAKING | 31/12/25 AT 2028 | C | 2.5 | A/. FOR OWNER INSTRUCTION |
| 7 | INTERPORT(IMO:90750038) | - | 117.65 | BALLAST | 117.65 | RANONG | THAI | JABUN | 05/01/26 AT 1400 | C | 3.7 | - |
| 8 | TUG INDEPENDENCE(IMO:9363340) | - | 49.95 | BALLAST | 951 | SING | MONGO | PRANTIK | 20/09/26 AT 1900 | A | 4.0 | A/. FOR OWNER INSTRUCTION |
| 9 | AMMS LOGISTICS 21(EX. APARAJITA) (IMO:9237254) | - | 110.67 | BALLAST | 7433 | OPL | BD | RADIANT | R/A(05/10/26 AT 0600) | - | 4.5 | A/. FOR OWNER INSTRUCTION |
| 10 | STAR ROYAL(IMO:9221126) | - | 189.90 | BALLAST | 29499 | MONG | BD | VANGUARD | 05/10/26 AT 1800 | C | 6.2 | FOR REPAIR |
| 11 | SETTEBELLO(IMO:9162916) | - | 182.50 | BALLAST | 28400 | OPL | GAMB | OCEANUS | 12/10/26 AT 2000 | C | 6.0 | A/. FOR OWNER INSTRUCTION |

(B/4): VESSELS NOT ENTERING:

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MK LION(IMO:9232553) | - | 135.00 | RBD | 9240 | BONTA | PANA | LITMOND | 06/07/26 AT 0330 | B | 8.8 | 13999 |
| 2 | ELINA B(IMO:9577446)(Attach by High Court: 20/09/2026) | - | 196.00 | WHEAT | 34374 | NOVO | MALT | USL | 18/09/26 AT 0424 | A | 10.5 | 56300 |
| 3 | CROWN VISION(IMO:9227998) | - | 189.99 | C.CLINK | 28647 | BAYA | BD | CMSS | 24/09/26 AT 1100 | A | 11.5 | 49200 |
| 4 | AISHA SARWAR I(IMO:9584891) | - | 197.00 | SLAG | 36002 | P.KEL | BD | CMSS | 27/09/26 AT 1400 | A | 10.3 | 61428 |
| 5 | TOURAN(IMO:9577410) | - | 199.90 | WHEAT | 34374 | BURGAS | BAHA | POL | 01/10/26 AT 2236 | A | 11.0 | 56777 |
| 6 | JC NEW RUBY(IMO:9552317) | - | 197.00 | SOYABEAN | 33091 | SANTO | PANA | MULTIPORT | 04/10/26 AT 2200 | A | 10.8 | 46761 |
| 7 | RHEA(IMO:1040368) | - | 199.90 | SOYABEAN | 36108 | S.LANKA | LIBE | SAFESHIP | 03/10/26 AT 0001 | A | 10.3 | 56980 |
| 8 | KINLING(IMO:9893814) | - | 179.99 | GI(SCRAP) | 22360 | USA | SING | SRSL | 04/10/26 AT 0512 | A | 10.4 | 35200 |
| 9 | DMC NEPTUNE(IMO:9493200) | - | 161.21 | BALL CALY | 17025 | LUMU | PANA | ZEBRA | 08/10/26 AT 0610 | B | 9.9 | 25800 |
| 10 | AMRIS(IMO:9368869) | - | 189.99 | C.CLINK | 32379 | P.KEL | ANTI | AKSL | 08/10/26 AT 0924 | A | 11.5 | 57100 |
| 11 | MIR(IMO:1127623) | - | 199.98 | LIMESTONE | 36000 | DIBBA | PANA | SEACOM | 07/10/26 AT 0200 | A | 10.8 | 61000 |
| 12 | NHK FORTUNE(IMO:9397717) | - | 139.90 | LIMESTONE | 11743 | KAKI | PANA | RAB | 10/10/26 AT 2140 | C | 8.6 | 17030 |
| 13 | LUCKY VOYAGER(IMO:9393632) | - | 175.85 | MOP | 22697 | ST.PET | MARSH | MTSC | 11/10/26 AT 1823 | A | 11.0 | 17000 |
| 14 | HTK MIGHTY(IMO:9640619) | - | 197.00 | C.CLINK | 33084 | CAMP | PANA | SEACOM | 07/10/26 AT 2045 | A | 11.0 | 96750 |
| 15 | SPRING SKY(IMO:9675755) | - | 199.98 | WHEAT | 34764 | SING | PANA | SSSL | 05/10/26 AT 1040 | A | 10.8 | 58347 |
| 16 | GEOSTAR(IMO:9573842) | - | 199.98 | LIMESTONE | 34778 | SING | LIBE | USL | 07/10/26 AT 1400 | A | 11.2 | 59433 |
| 17 | KONKAR THEODOROS(IMO:9715804) | - | 198.00 | LIMESTONE | 34345 | QINZ | MARSH | AKSL | 09/10/26 AT 2316 | A | 11.0 | 59000 |
| 18 | CROWN VOYAGER(IMO:9194385) | - | 189.99 | C.CLINK | 27011 | SING | BD | CMSS | 09/10/26 AT 1534 | A | 10.8 | 44300 |
| 19 | SHAHRIAR JAHAN(IMO:9263239) | - | 183.00 | C.CLINK | 25557 | KOHS | BD | SRSL | 10/10/26 AT 2030 | A | 10.3 | 44900 |
| 20 | MH ARPEGGIO(IMO:9916965) | - | 199.98 | SLAG | 34511 | P.KEL | SING | USL | 10/10/26 AT 0100 | A | 10.3 | 59650 |
| 21 | SUPER ROYAL(IMO:9382683) | - | 189.94 | C.CLINK | 29989 | BAYA | BD | SEAPOWER | 10/10/26 AT 2040 | A | 10.8 | 26250 |
| 22 | ROSITA(IMO:1039943) | - | 199.90 | LIMESTONE | 36560 | QINZ | NORW | SEACOM | 10/10/26 AT 0115 | A | 11.0 | 64035 |
| 23 | HENRIETTA KOSAN(IMO:9342425) | - | 115.00 | ETHYLENE | 7465 | MAGDA | SING | USL | 14/10/26 AT 1340 | C | 8.5 | 4037 |
| 24 | SCHUMI 7(IMO:9140607) | - | 105.00 | LPG | 4961 | DHAM | THAI | SEASIDE | 14/10/26 AT 1300 | V | 5.0 | 2500 |
| 25 | HTP AMBER(IMO:9354193) | - | 108.20 | WOOD PULP | 7156 | FUTONG | PANA | GALLANT | 14/10/26 AT 1730 | C | 8.3 | 8181 |
| 26 | IBRAHIM JAHAN(IMO:9290854) | - | 189.99 | GYPSUM | 31247 | SALALA | BD | SRSL | 13/10/26 AT 0635 | A | 11.5 | 54750 |
| 27 | BLUE DIAMOND(IMO:9330654) | - | 190.00 | RAW SUGAR | 32578 | SANTO | LIBE | LITMOND | 08/10/26 AT 0650 | A | 11.3 | 51304 |
| 28 | ATP FORTUNE(IMO:9456551) | - | 189.00 | LIMESTONE & C.CLINK | 31230 | SING | PANA | AASHIP | 13/10/26 AT 1320 | A | 11.1 | 52726 |
| 29 | LEM GLADIOLUS(IMO:9845817) | - | 199.98 | COAL | 36781 | SING | MARSH | SHORELINE | 13/10/26 AT 0800 | A | 11.5 | 62550 |
| 30 | DK 03(IMO:9082908) | - | 181.92 | DEMOLITION | 27458 | BATAM | INDO | RSSHIP | 04/08/25 AT 1442 | C | 6.0 | A/.FOR DELIVERY |
| 31 | PETROVA(IMO:9444807) | - | 117.00 | DEMOLITION | 4340 | MALA | TOGO | FAST | 03/10/26 AT 0700 | C | 3.5 | - |
| 32 | PACIFIC LEADER(IMO:9062843) | - | 75.55 | DEMOLITION | 1477 | CHINA | S.LEONE | FAST | 06/10/26 AT 0924 | C | 2.2 | - |

CamScanner

Case 1:26-cv-00992-RBW-ZMF Document 29-18 Filed 10/23/26 Page 6 of 8



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | V.L. 15(IMO:9078763) | | [illegible] | 84.00 | DEMOLITION | [illegible] | [illegible] | THAI | SIMNI | 10/10/26 AT [illegible]00 | C | 4.2 | - |
| 34 | K.P.P. 03(IMO:8613437) | | - | 84.90 | DEMOLITION | 1961 | KOHS | THAI | SAM | 11/10/26 AT 0700 | - | 4.5 | - |
| 35 | K.P.P. 02(IMO:9054872) | | - | 92.00 | DEMOLITION | 1992 | KOHS | THAI | SAM | 12/10/26 AT 1140 | C | 4.5 | - |
| 36 | GREEN(IMO:9217448) | | - | 174.50 | DEMOLITION | 23703 | BLA | COMORS | MARS | 14/10/26 AT 0800 | C | 6.0 | - |
| 37 | UNIORDER(IMO:9145970) | | - | 185.13 | DEMOLITION | 26478 | INDO | ST.KITTS | SIMNI | 15/10/26 AT 0115 | C | 5.0 | - |

**PERMISSIBLE F.W.DRAUGHT:**

**DATED : 16/10 & 17/10/2026:**

| | | |
|---|---|---|
| INWARD: | 10.00 | 10.00 |
| OUTWARD: | 10.00 | 10.00 |

## BERTHING POSITION & PERFORMANCE OF VESSELS: DATED : 15/10/2026:

www.cpa.gov.bd

**DATED: 16/10/2026 & 17/10/2026:**

| | TIME | HGT: | TIME | HGT: |
|---|---|---|---|---|
| H.W.: | 0408 | 4.01 | 0447 | 3.84 |
| L.W.: | 1048 | 0.59 | 1125 | 0.71 |
| H.W.: | 1623 | 3.63 | 1706 | 3.39 |
| L.W.: | 2252 | 0.64 | 2331 | 0.82 |

| JETTY NO. | NAME OF VESSEL | LENGTH | CARGO | LAST PORT | FLAG | LOCAL AGENT | DT. OF ARRIVAL | BERT-HING | SHIF-TING | LEA-VING | IMPORT DISCH | B.ON BOARD | EXP: LIFTED | T.ON BOARD | NAME OF VESSELS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J/2 | *AFRICAN GANNET(IMO:974923) | 189.93 | GI(SCRAP) | SING | BAHA | ASCL | 08/10 | 11/10 | - | 15/10 | 4428 | X | | | KAISA 18/10 21/1203 |
| J/3 | | | | | | | | | | | | | | | |
| J/4 | SMEW(IMO:9688843) | 180.00 | GI | CHINA | CYP | RENU | 07/10 | 08/10 | 12/10 | 16/10 | 5640 | 3118 | | | |
| J/5 | (NO SPACE) | | | | | | | | | | | | | | |
| J/6 | GIOVANNI TOPIC(IMO:9725550) | 189.93 | GI (ST.COIL) | SING | MARSH | BBAL | 09/10 | 10/10 | 11/10 | 16/10 | 5610 | 8001 | | | |
| J/7 | SUN GOLD(IMO:9123831) | 185.74 | GI | VIET | VIET | RENU | 05/10 | 06/10 | 08/10 | 20/10 | 1084 | 15970 | | | |
| J/8 | *MAERSK CHATTOGRAM (IMO:9761023) | 185.99 | CONT | TANJ | SING | MBDL | 12/10 | 13/10 | 14/10 | 15/10 | - | - | | | NORD RIO 23068 21/10 |
| J/9 | *MSC GIANNINA II(IMO:9289051) | 175.00 | CONT | S.HAI | PANA | MSC | 11/10 | 12/10 | - | 15/10 | - | - | | | NEPTUNE HP 66 26936 24/10 |
| J/10 | *NORD RIO(IMO:9911977) | 182.00 | GI | MALA | PANA | TRUST | 11/10 | 14/10 | - | 21/10 | 5001 | 23068 | | | |
| J/11 | *MSC ORTOLAN II(IMO:9401685) | 175.49 | CONT | COL | LIBE | MSC | 12/10 | 12/10 | - | 15/10 | - | - | | | SANTA LOUKIA 1132/1450 18/10 |
| J/12 | (NO SPACE) | | | | | | | | | | | | | | |
| J/13 | CAPE SYROS(IMO:9676204) | 185.00 | CONT | P.KEL | CYP | CT(BD) | 13/10 | 14/10 | - | 17/10 | 912 | 430- | +1800 | | |
| CCT/1 | SMC QINGDAO(IMO:1125417) (GL) | 118.00 | CONT | P.KEL | PANA | JSSL | 12/10 | 13/10 | - | 16/10 | 142 | 62 | 248/450 | | |
| CCT/2 | (NO SPACE) | | | | | | | | | | | | | | |
| CCT/3 | HAIAN ZETA(IMO:9354648)(GL) | 182.62 | CONT | COL | PANA | SEACON | 14/10 | 14/10 | - | ~~16~~/10 17 | 842 | 181 | | | |
| NCT-1 | (PANGAON/COASTAL VSL.) | | | | | | | | | | | | | | |
| NCT-2 | HR AARAI(IMO:9123594)(GL) | 184.51 | CONT | COL | BD | CTS | 13/10 | 14/10 | - | 16/10 | 975 | 73 | 113/ 1250 | | |
| NCT-3 | *CNC URANUS(IMO:9760627) | 169.99 | CONT | SHIKOU | MALT | APL | 12/10 | 13/10 | - | 16/10 | 462 | 29 | 234/ | | ~~CNC JUPITER~~ |
| NCT-4 | *SINAR SABA(IMO:9970454)(GL) | 171.99 | CONT | SING | LIBE | ONE | 12/10 | 13/10 | - | 15/10 | 349 | X | 537/ | 703 | M. YOKOHAMA 1517/1800 17/10 |
| NCT-5 | *MSC CHAEWON(IMO:9966972) (GL) | 171.90 | CONT | COL | LIBE | MSC | 12/10 | 13/10 | - | 15/10 | 3 | X | 1185/ | | SINAR SIANTAR 1166/1700 17/10 |

CamScanner

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCJ | | | | | | | | | | | | |
| GSJ | | | | | | | | | | | | |
| TSP | | | | | | | | | | | | |
| DOJ-3 | | | | | | | | | | | | PVT AVIRA |
| DOJ-4 | | | | | | | | | | | | 10000 |
| DOJ-5 | FPMC 26(IMO:9433846) | 182.50 | GAS OIL | SING | LIBE | PRIDE | 12/10 | 14/10 | - | 16/10 | 9800 | |
| DOJ-6 | *ORKIM FORTITUDE(IMO:9568043) | 179.99 | GAS OIL | PASIR | MALA | PRIDE | 12/10 | 13/10 | - | 15/10 | 3300[illegible] | |
| DOJ-7 | | | | | | | | | | | | |
| DD | | | | | | | | | | | | |
| DDJ-1 | | | | | | | | | | | | |
| DDJ-2 | HT LOTUS(IMO:1052256) | 139.80 | GI(SCRAP) | SING | PANA | CMSS | R/A | 11/10 | - | 19/10 | 1430-4894 4964 | |
| DOJ-8 | | | | | | | | | | | | |
| PCT-1 | | | | | | | | | | | | |
| PCT-2 | MAERSK DHAKA(IMO:9871165) | 185.99 | CONT | LPK | PANA | MBDL | 14/10 | 14/10 | - | 16/10 | 1043 438 41471286 | |
| PCT-3 | | | | | | | | | | | | |
| KDJ-1 | | | | | | | | | | | | |
| KDJ-2 | | | | | | | | | | | | |
| CUFLJ | | | | | | | | | | | | |
| UTTJ | *PVT AVIRA(IMO:9414280) | 179.88 | HSFO | TANJ | PANA | AQUAT | 14/10 | 14/10 | - | 16/10 | | |
| K(U) | | | | | | | | | | | | |
| K(A) | | | | | | | | | | | | |
| WBT | BAY ONE(IMO:9054080) | 120.54 | BALLAST | CTG | BD | ASIAN | R/A | 12/04 | - | - | | |
| MTJ(COAL) | | | | | | | | | | | | |
| MTJ(OIL) | | | | | | | | | | | | |
| MTJ (T) | | | | | | | | | | | | |
| SPM | | | | | | | | | | | | |
| CBC | | | | | | | | | | | | |
| G-1 | | | | | | | | | | | | |
| SM-27 | | | | | | | | | | | | |
| BB: | SUPER PETRO-1 | 64.22 | BALLAST | NAGO | MONGO | SEACOM | 27/09 | 27/09 | - | - | | |
| BB: | SUPER PETRO-2 | 64.42 | BALLAST | ONAMI | FIJI | SEACOM | 10/10 | 10/10 | - | - | | |
| BB: | JEERATEEP NAVA | 26.00 | BALLAST | SAMUT | THAI | ISA | 01/07 | 01/07 | - | - | | |
| BB: | VOYAGERK | 41.44 | F.TRAWLER | SAMUT | BD | CT | 02/12 | 02/12 | - | - | | |
| BB: | MISTY | 48.08 | F.TRAWLER | SAMUT | BD | CT | 02/12 | 02/12 | - | - | | |
| BB: | SAHARANI | 10.70 | FOR VISIT | MALA | MALA | SELF | 06/02 | 06/02 | - | - | | |
| BB: | BLACK PEARL(IMO:6601636) | 66.56 | BALLAST | THAI | THAI | MSS | 14/07/19 | 20/07/19 | - | - | | |
| BB: | SHELL SEA-2(RENAMED:SHUROVI-01) | 38.00 | F.TRAWLER | SAMUT | BANGK | INTERPORT | 31/10 | 31/10 | 29/11 | - | | |
| BB: | CHAIYAPLURK 2 | 28.68 | BALLAST | KANT | THAI | MSS | 13/01 | 13/01 | - | - | | |
| BB: | SEA VIEW(IMO:8692342) | 45.00 | F.TRAWLER | CTG | CAMEROON | TRANSMODEL | 21/01 | 21/01 | - | - | | |
| BB: | SEA WIND(IMO:8692354) | 46.00 | F.TRAWLER | CTG | CAMEROON | TRANSMODEL | 21/01 | 21/01 | - | - | | |
| BB: | WINTON T 128(IMO:9536943)(Attach by High Court: 14/12/2025) | 68.17 | BALLAST | CTG | PANA | LITMOND | 22/06 | 09/08 | - | - | | |
| BB: | SPEED MASTER(IMO:8698704)(Attach by High Court: 17/12/2023) | 45.40 | F.TRAWLER | THAI | HONDURAS | SAIF | 16/12/23 | 16/12/23 | - | - | | |
| BB: | YKP1 | 28.68 | BALLAST | KANTA | TANZ | JABUN | 12/05/24 | 13/05/24 | - | - | | |
| BB: | KOSHIN MARU NO.15(RENAMED:JAMUNA GAS 3)(IMO:9277878) | 66.93 | BALLAST | JAPAN | MONGO | IMS | 12/05/25 | 12/05/25 | - | - | | |
| BB: | CHANACHOKE 5(RENAMED:FV. SRL-7) | 47.60 | F.TRAWLER | SAMUT | BD | JAS | 20/09/25 | 20/09/25 | - | - | | |
| BB: | CHANACHOKE 48(RENAMED : SRL-8) | 49.40 | F.TRAWLER | SAUT | BD | JAS | 19/11/25 | 19/11/25 | - | - | | |
| BB: | BARGE INTAN 108(NO.:392433) | 52.67 | BALLAST | OPL | SING | PRANTIK | R/A | 10/09/26 | - | - | | |

CS CamScanner

# MOVEMENT OF VESSELS FOR : 16/10/2026 & 17/10/2026

| Date | OUTGOING | INCOMING | SHIFTING |
|---|---|---|---|
| 16/10 | 1130 | 1300 | 1130 |
| | J-4 SMEN — 6.5 | CNC JUPITER(GL) 9.4 — NCT3 | |
| | J/6 GIOVANNI TOPIC - 6.0 (P) | MSC AVIN 9.5 - NCT2 | |
| | CCT/1 MSC QINGDAO 7.0 | OCEAN FORTUNE 9.4 - J/10 | |
| | NCT/2 HR SARAH 8.0 | STAR VIRGINIA 12.00 - MTJ | |
| | NCT/3 CNC URANUS 8.5 | VAN SANVI 9.50 - DOJ/6 | |
| | DOJ/4 PVT AVIRA - 7.0 | ESTERN QUINCE 9.5 DOJ/5 | |
| | DOJ/5 FPMC 26 7.2 | | |
| | PCT/2 MRSK DHAKA 7.8 | | |
| 17/10 | 1230 | 1400 | 1230 |
| | J/13 CAPE SYROS 8.0 | MALAYSIA STAR - 5.6 - J/9 or 4 | J/2 KAISA NCT/1 |
| | CCT/3 HAIAN ZETA 9.0 | MSC SOMIN (GL) 9.5 - NCT5 | J/9 NEPTUNE HP 66 - J/6 |
| | NCT/4 MRSK YOKOHAMA - 7.8 | MSC PAXI 4 9.5 J 13 | |
| | NCT/5 [illegible] SINAR SIANTAR - 8.5 | SITC CHANGMING (GL) 10.0 - NCT4 | |
| | | * AMOUREUX (GL) 9.5 PCT/2 | |
| | | HR BALU (GL) 9.7 CCT 3 | |
| | | SC GOLD OCEAN 8.4 DOJ/4 | |

CS CamScanner